**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,**

**Plaintiffs,**

**v.**

**UNITED PARCEL SERVICE, INC.,**

**Defendant.**

**Civil Action No. 1:26-CV-100**

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs, Intellectual Ventures I LLC ("Intellectual Ventures I") and Intellectual Ventures II LLC ("Intellectual Ventures II") (together "Intellectual Ventures," "IV," or "Plaintiffs"), in their Complaint for patent infringement against Defendant United Parcel Service, Inc. ("UPS" or "Defendant"), hereby allege as follows:

## NATURE OF THE ACTION

This is a civil action for the infringement of United States Patent No. 7,199,715 (the "'715 Patent"), United States Patent No. 7,336,176 (the "'176 Patent"), United States Patent No. 7,623,439 (the "'439 Patent"), United States Patent No. 8,594,122 (the "'122 Patent"), and United States Patent No. 11,363,564 (the "'564 Patent") (collectively, the "Asserted Patents") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

1. Intellectual Ventures I is a Delaware limited liability company with its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

2. Intellectual Ventures II is a Delaware limited liability company with its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

3. Upon information and belief, UPS is a corporation organized and existing under the laws of the state of Delaware with its principal place of business located at 55 Glenlake Parkway, N.E., Atlanta, GA 30328.

4. Upon information and belief, UPS sells, offers to sell, uses and/or provides products and services throughout the United States, including in this District, and introduces products and services incorporating the accused technology into the stream of commerce knowing they would be sold and used in this District and elsewhere in the United States. For example, and without limitation, upon information and belief, UPS conducts business in this District at least through its distribution center located at 33 Roundville Lane, Round Rock, TX 78664. UPS further has approximately 470 UPS Store locations in Texas with approximately 96 of those locations found within this District. Upon information and belief, UPS personnel utilize one or more of the Accused Products[1] at each such location.

---

[1] In this Complaint, the term "Accused Products" is defined to include, for each Asserted Patent in each Count, the products identified in that Count for that Asserted Patent.

## JURISDICTION AND VENUE

5. This civil action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including without limitation 35 U.S.C. §§ 271, 281, 283, 284, and 285. Accordingly, this Court has subject matter jurisdiction under, *inter alia*, 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has specific and general personal jurisdiction over UPS at least because UPS has committed acts in this District giving rise to this action, and UPS is present in and transacts and conducts substantial business activity in this District.

7. This Court has specific personal jurisdiction over UPS because Intellectual Ventures' causes of action arise, at least in part, from UPS's contacts with and activities in this District. UPS has infringed the Asserted Patents within this District by making, using, testing, selling, offering for sale, and/or importing in or into this District, products that infringe Intellectual Ventures' Asserted Patents within this District, including but not limited to the Accused Products. UPS makes, uses, tests, sells, offers for sale, imports, distributes, advertises, promotes, and/or commercializes such infringing products and services, including but not limited to the Accused Products, in this District.

8. This Court also has general personal jurisdiction over UPS because UPS is present in and transacts and conducts substantial business activity in this District. UPS regularly conducts business in, engages in other persistent courses of conduct in, and derives substantial revenue from its business activities in this District. For example, and without limitation, on information and belief, UPS maintains a major distribution facility at 33 Roundville Lane, Round Rock, TX 78664 ("UPS Round Rock"). This facility occupies approximately 50 acres, with a building footprint exceeding 225,000 sq. ft. UPS employs more than 300 individuals at this location alone, who are engaged in the distribution of packages routed for delivery through this facility and in the logistical support related to such package routing and distribution. UPS Round Rock provides critical

functionality for UPS's operations in Texas, including automated sorting, dispatch, and delivery services that support UPS operations throughout Texas. Further, upon information and belief, UPS has approximately 470 physical locations in Texas where UPS employees assist customers with a multitude of services related to package shipping and delivery. Upon information and belief, UPS has over 20,000 employees currently working in Texas, at least 9,000 of whom are delivery drivers. Accordingly, this Court has general jurisdiction over UPS because UPS engages in substantial, continuous, and systematic operations in this District.

9. Because UPS has committed acts in this District giving rise to this action, and because it has established continuous and systematic operations in this District, exercise of personal jurisdiction over UPS would not offend traditional notions of fair play and substantial justice.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because UPS has committed and continues to commit acts of infringement within this District giving rise to this action and maintains a regular and established place of business in this District, including but not limited to UPS's distribution center located at 33 Roundville Lane, Round Rock, TX 78664, which provides critical functionality for UPS's operations in Texas, including automated sorting, dispatch, and delivery services that support UPS operations throughout Texas. UPS Round Rock occupies approximately 50 acres and has a building footprint exceeding 225,000 sq. ft. and employs more than 300 individuals. UPS additionally has approximately 470 physical locations in Texas, including 96 in this District, and employs over 20,000 individuals in Texas, at least 9,000 of which are delivery drivers working in Texas. UPS has committed acts of infringement in this District by at least making, using, testing, offering for

sale, and/or selling the Accused Products and services in this District, as described in more detail herein.

## FACTUAL BACKGROUND

### Intellectual Ventures

11. Intellectual Ventures Management, LLC ("Intellectual Ventures Management") was founded in 2000. Intellectual Ventures Management fosters inventions and facilitates the filing of patent applications for those inventions, collaborates with others to develop and patent inventions, and acquires and licenses patents from individual inventors, universities, corporations, and other institutions. A significant aspect of Intellectual Ventures Management's business is managing the plaintiffs in this case, Intellectual Ventures I and Intellectual Ventures II.

12. One founder of Intellectual Ventures Management is Dr. Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in various executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996. While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost software experts. Between 1986 and 2000, Microsoft became the world's largest technology company.

13. Under Dr. Myhrvold's leadership, Intellectual Ventures Management acquired thousands of patents covering myriad important inventions of the Internet era, including many pertaining to the networking and computing technologies that form the foundation of the Internet. Many of these inventions coincided with Dr. Myhrvold's successful tenure at Microsoft.

## BACKGROUND OF THE TECHNOLOGY

### Tag Tracking System

14. As demand continues to grow for faster, adaptable, and more reliable consumer and commercial shipping, tag tracking systems have become a key part of the shipping industry. Faster, adaptable, and more reliable shipments require the use of data to drive decisions about the control of the shipment network. As a result, tags (e.g., Radio Frequency Identification ("RFID") tags) affixed to objects, such as packages, are being increasingly used to collect shipping data. Important shipping data, such as information about disruptions or bottlenecks in the shipment network, is collected when the tags and their associated packages are moved through an environment with multiple readers at fixed, known points, such as warehouses or package routing facilities. These readers record both the identification of each tag and other information, such as the time and location of the read. This data can then be analyzed to adjust the handling of packages in response to a disruption in the shipment network, thereby improving the shipment network and meeting consumer demand for reliable shipments.

15. Tag tracking systems, such as the one described above, are prone to failures that affect the reliability of the data available. Specifically, readers may fail to read tags completely or accurately, resulting in missing or incomplete data. When analyzing collected data to adjust the shipment network, some tag tracking systems disregard the missing or incomplete data, while others attempt to infer it. However, these systems overlook the fact that missed reads may result not from problems with the readers themselves, but from other problems with the shipment network that may affect the appropriate and timely handling of packages in transit.

16. Carla K. Fields, Angela R. Zillmer, and William J. Raynor, at the time employees of Kimberly-Clark Worldwide, Inc., recognized that missed data reads could be used to identify persistently problematic sections of the supply chain that needed to be investigated and improved.

Such necessary improvements could include modification of physical handling processes for the objects associated with the tags. To achieve these improvements, Fields, Zillmer, and Raynor developed systems and methods of tag tracking in a supply chain, such as shipment networks, that use information associated with attempted tag reads to identify problems in a supply chain. By using information associated with tag reads to identify problems, the system not only improves the supply chain, but also the tag tracking system itself by eliminating and reducing errors in the handling of objects and errors reading tags – effectively creating a "self-healing" network.

17. Defendant makes, uses, and/or sells systems that track tags at several successive points in a supply chain and use information associated with those tags to identify and physically modify problematic portions of the supply chain with a high level of tag read errors, including but not limited to Defendant's "smart package smart facility" solution and "digital twin" system.

**Position Indicating System**

18. A related area of importance is the ability to accurately track the location of persons and things, such as packages. While tracking systems, such as the global positioning system ("GPS"), have functioned to more accurately determine the location of a GPS receiver on a person or other physical item, the advent of GPS alone has not allowed for the precise tracking of persons and things in all cases.

19. Yum-Cheng Chang, at the time an employee of Lite-On Technology Corp., recognized that the shortfalls of using a location system based only on GPS functionality could be addressed by implementing a position indicating system that utilizes multiple modules for indicating the location of a person or thing. Specifically, this position indicating system includes a position indicating device with two or more position indicating modules each capable of outputting a signal related to the location of the position indicating device. The system also includes reference devices corresponding to each of the position indicating modules, for receiving

signals from the corresponding position indicating module and generating position information related to such signals. The system also includes a selecting module for selectively driving which of the position indicating modules will output a signal.

20. Defendant makes, uses, and/or sells position indicating systems that comprise a position requesting device, a position indicating device with at least two position indicating modules for outputting signals related to the location of the position indicating device, a selecting module for selectively driving signal output from the position indicating modules, and reference devices corresponding to the position indicating modules, including but not limited to Defendant's UPS Premier product.

## Cyclic Diversity

21. A further area of importance in today's computing environments is the ability to increase data rates in wireless systems. As wireless communications systems are widely deployed to provide various types of communications, demand for increased data rates has skyrocketed. This has led wireless system providers to develop new techniques for increasing data rates within the limited available radio frequency ("RF") spectrum. One of these techniques has been orthogonal frequency division multiplexing ("OFDM") transmission. In OFDM transmissions, a radio channel is divided into a large number of closely spaced subchannels, an outgoing bitstream representing data to be transmitted is divided into multiple sub-bitstreams, and each sub-bitstream is transmitted over a subchannel in parallel with other sub-bitstreams that are each transmitted over their respective subchannels. Each such sub-bitstream is comprised of a series of symbols, that is, a waveform of the communication channel that persists for a fixed time period, and from which data can be extracted by taking samples (i.e., measuring segments) of that waveform. Each of the symbols is separated by a guard interval (a gap in time between successive symbols) that provides a buffer, which makes transmission channels more resilient against inter-symbol interference

("ISI"), where the data from two successive symbols does not remain separate and becomes intermingled. The main advantage of OFDM is its ability to cope with severe channel conditions (e.g., signal fading, echoes, and interference).

22. As technology continued to advance, demand for increased speed and reduced interference resulted in the implementation of further improvements such as using multiple antennas in a single device, sometimes referred to as multiple input, multiple output ("MIMO"), which enables simultaneous or substantially simultaneous transmission of multiple bitstreams/sub-bitstreams over the same set of frequencies (i.e., one bitstream is transmitted from each antenna in the multi-antenna system). When combined with OFDM, MIMO increases speed and improves reliability. It also introduces challenges, however, particularly when a multi-antenna MIMO-enabled transmitter is communicating with a single-antenna single input, single output ("SISO") receiver device. For example, signals transmitted from the MIMO transmitter may follow direct paths and multipaths to the SISO receiver, which can result in constructive interference (when multiple signals interact with one another to increase their amplitudes) or destructive interference (when multiple signals interact with one another to decrease their amplitudes) at the SISO device, thus increasing packet error rates and causing other unwanted behavior that degrades network quality. This problem is generally known as the multipath fading problem, where a receiver receives not a single transmission but several copies of the transmission that respectively take slightly different paths, e.g., via reflections, originating from different respective antennas, etc., and arrive at the receiver at slightly different times, respectively.

23. One way that prior art systems addressed the multi-path fading problem (and/or other channel attenuation problems) was by implementing linear delay diversity schemes in which the transmission of one signal from a MIMO system is delayed relative to another signal from the

MIMO system, so as to temporally decorrelate the two signals. By temporally decorrelating the transmissions of two signals, linear delay diversity schemes tend to reduce constructive and destructive interference between those signals. But where there is a slight delay in the transmission of a second signal relative to transmission of a first signal, two signals in a linear diversity scheme can look like a signal and a multipath echo of that signal (where the latter signal bounces off an object and arrives at a receiver with a time delay because of the longer path it travels). That problem can be addressed by using guard intervals, but when using guard intervals, either the delays used in the linear delay diversity technique are limited by the length of the selected guard interval, or a long guard interval is needed, which can add undesirable transmission delays.

24. As such, a technique known as cyclic delay diversity ("CDD") was introduced, which allows the use of guard intervals that are smaller than those needed for linear delay diversity, such that excessive transmission delays can be avoided. In CDD schemes, the symbols are *cyclically* delayed by some integer number of sample positions within a symbol, which causes a *circular* shift of all the samples of a symbol transmitted using CDD. In a linear delay diversity, the delay causes the boundary of a delayed symbol to be delayed relative to that of the undelayed symbol. As such, for a delay greater than the guard interval, some of the samples of the delayed symbol would end up in the guard interval in a linear delay diversity scheme. In contrast, in a CDD scheme, the individual samples are delayed, but the boundary of the cyclically-delayed signal remains unchanged relative to that of the undelayed signal. As such, the samples of the delayed symbol do not end up in the guard interval even when the cyclic delay is greater than the guard interval. This means that in a CDD scheme, greater delay values than those allowed in the linear delay scheme can be utilized, where such greater delay values can better alleviate the effects of various types of channel degradation.

25. CDD schemes present their own problems, however, especially for legacy single antenna receivers. By sending a signal and a slightly cyclically-delayed version of that signal at the same time, the single antenna receiver might not be able to tell if the second signal, relative to the first signal, is: (i) cyclically-delayed, (ii) linearly-delayed, or (iii) actually delayed (e.g., due to a longer, indirect path, where the signal bounces off one or more objects before reaching the receiver antenna). This in turn causes the receiver to fail to correctly acquire the signals.

26. To address these and other problems in the art, Mark Webster and Michael Seals, at the time engineers for Conexant Systems ("Conexant"), developed improved systems and methods of wireless communication, which include, but are not limited to, an improved signal transmitting system capable of manipulating OFDM data packets and data streams using a cyclic diversity scheme based on cyclic advancement rather than cyclic delay, thereby providing a temporal decorrelation on the same order as that of a CDD scheme while avoiding/mitigating the likelihood that a single antenna receiver might misunderstand a received signal as being a signal delayed by multipath propagation. This allows the signal antenna receiver to more easily and accurately acquire the transmitted signals, which in turn improves packet reception performance and reduces packet transmission error rates of the communications.

27. Defendant makes, uses, and/or sells devices that include embedded wireless 802.11n, 802.11ac and 802.11ax compliant chipsets configured to use MIMO and OFDM with a cyclic shift diversity feature compliant with the respective 802.11 standard, such as the UPS Delivery Information Acquisition Device 6 ("DIAD 6").

**Wireless Network Communications**

28. An area of particular importance in today's computing environments is the efficiency of wireless communications systems. More specifically, wireless local area networks ("WLAN") typically use infrared ("IR") or radio frequency ("RF") communication channels to

communicate between portable or mobile computer terminals and stationary access points. The access points are in turn connected to a network infrastructure which links groups of access points together to form the local area network ("LAN"). However, while efficiency improvements in wired LAN implementations have been rapidly developed – in part due to the availability and use of technology such as dedicated full-duplex connections, lack of signal attenuation in cables, and the need for less robust processing for error correction and retransmission of lost packets – wireless networks have lagged behind due to inherent restrictions in the wireless medium. Some of these restrictions include limited bandwidth, a shared medium, interference, signal attenuation, latency, and overhead costs, which are mitigated or eliminated in wired networks. One standard that has been developed, in part to address the aforementioned inefficiencies, is the IEEE's 802.11 standard.

29. As the 802.11 standard evolved, there was a focus on improving overall efficiency, performance, and user experience in wireless networks, but not necessarily increasing throughput and lowering overhead. For example, channel selection improvements, prioritization mechanisms for high priority traffic, power management and load balancing techniques were developed. All these things improved network efficiency but did not directly relate to increasing throughput or reducing the significant overhead required to send and receive data wirelessly among access points and stations, particularly in dense environments. In other words, these prior art solutions did not solve the need for reduced overhead and thus improved throughput. In fact, some of the prior art methods of improving network efficiency, such as channel sounding, contributed to the large overhead required to send and receive data wirelessly.

30. Therefore, a system and method for improving throughput in 802.11 networks was deemed essential. Improved throughput would allow for increased bandwidth demand to be met

as more devices connect to the network, increased support for multiple user environments, a more efficient use of the spectrum, and increased scalability and future-proofing.

31. To address these and other problems in the art, Menzo Wentink, at the time an engineer for Conexant Systems, developed improved systems and methods of using transmit announcement indications in wireless networks, including, but not limited to, an improved scheme for reducing the overhead required to send and receive large amounts of information between stations and access points. In one embodiment, for example, an access point sends a first communication to a station indicating that a second communication will be coming, such as a null data packet or other channel sounding mechanism. The announcement enables the access point to then send the second transmission without the address information typically required to identify the intended recipient. This is enabled in part using a short inter frame space ("SIFS") following the announcement, ensuring that control of the channel is not lost in the time between the two communications. Therefore, rather than increasing the network overhead when adapting to channel conditions (which is necessary to implement important efficiency gaining mechanisms like beamforming, (e.g., channel sounding)), overall overhead is reduced thereby improving throughput. Furthermore, the claimed transmit announcement scheme can be used to achieve power savings, improve channel access, improve spatial reuse capabilities, and enable more efficient use of multi-user, multiple-input, multiple-output ("MU-MIMO") by coordinating the transmissions of multiple devices.

32. Defendant makes, uses, and/or sells devices that include embedded wireless 802.11ac compliant chipsets configured to use transmit announcement indications in the very high throughput ("VHT") sounding protocol required for beamforming, among other features, compliant with the 802.11ac standard, such as the DIAD 6.

**Paging in a Wireless Network**

33. An essential aspect of modern cellular communication is the paging procedure, which enables a cellular network to wake up user equipment (e.g., "mobile terminal," such as a smartphone or an LTE-M enabled device) from sleep mode in a network-initiated connection. The paging procedure is so fundamental to the functioning of modern mobile terminals that it is invoked every few seconds to every few minutes on each such terminal when the terminal (e.g., a phone or an LTE-M enabled device) is in sleep mode, and even more frequently when the mobile terminal supports multiple messaging applications, such as email, text messaging, and related applications. Sleep mode is activated in mobile terminals to conserve battery power and other network resources. When in sleep mode, the mobile terminal is often inactive and does not transmit and/or receive traffic data. When a network-initiated connection is required with a mobile terminal that is in sleep mode, for example, because someone is trying to place a call into the mobile terminal, paging is used to wake up the mobile terminal. After waking up the mobile terminal, paging involves sending a paging message to the mobile terminal with instructions, such as connecting to the network to take a call. In conventional paging, two signals are used to convey a paging message. The network transmits a first paging signal carrying a relatively small paging indicator that indicates an identifier corresponding to a mobile terminal to which a paging message is being transmitted. This paging indicator is sent by a network node in the vicinity of the mobile terminal on a downlink paging channel that is monitored by the mobile terminal. Then, if the paging indicator tells the mobile terminal that a paging message is being transmitted to it, the mobile terminal remains awake to receive the second paging signal. The network transmits the second paging signal carrying the paging message for the particular mobile terminal on the same paging channel at a fixed time offset from the first paging signal. The paging message contains

instructions for the mobile terminal, such as the detailed information it requires to connect the mobile terminal to the network, e.g., to take an incoming call.

34. The sleep mode includes two sub-modes, namely, idle (standby) mode and dormant mode. In the idle mode, the mobile station is not connected to the radio access network ("RAN") but remains connected to the core network. As such, the network retains at least some information about a mobile terminal that is in the idle state. Conventional network-initiated connections did not use such information, even though it was known to the network, which led to relatively inefficient connection establishment between the mobile terminal and the network.

35. Chandrika K. Worral developed an improved paging system that used information known by the network to optimize connection establishment between the mobile terminal and the network in the case of network-initiated connection. From a mobile terminal's perspective, Worral's novel paging scheme operates as follows, when a network-initiated connection is required: (i) a mobile terminal monitors a control channel to see if it is receiving a first paging signal having a paging indicator, the control channel being much like the conventional paging system's paging channel; (ii) if the mobile station is to receive a second paging signal having the paging message, it identifies based on the first paging signal a different channel – a shared channel – that it can use to establish a shared channel connection with a node of the network. This approach enables the paging message to be sent on downlink shared transport channels, optimized to efficiently carry larger amounts of data. This leads to faster connection establishment. No longer accessing the same control channel as the paging indicator for the paging message and not having to wait for a timed offset also optimizes the paging procedure, which, again, is a fundamental process and very frequently invoked by each mobile terminal.

36. Defendant makes, uses, and/or sells devices configured to support paging in a wireless network, such as the DIAD 5 and 6 mobile devices and UPS Premier Platinum package labels, which are configured to support 3GPP LG and/or 3GPP 5G NR.

## THE ASSERTED PATENTS

37. On April 3, 2007, the United States Patent and Trademark Office issued United States Patent No. 7,199,715, titled SYSTEM AND METHOD FOR TRACKING ID TAGS USING A DATA STRUCTURE OF TAG READS. The ’715 Patent is valid and enforceable. A true and correct copy of the ’715 Patent is attached hereto as **Exhibit 1**.

38. Intellectual Ventures II LLC is the owner and assignee of all right, title, and interest in the ’715 Patent, including the right to grant licenses, to exclude others, and to recover damages for infringement of that patent.

39. The ’715 Patent is directed to a tag tracking system and method wherein a reader attempts to read a given tag at each point along a supply chain such as a packing shipping system and a processor populates a database with information corresponding to the readings that take place along the supply chain. Where certain tag reads may be missed at certain points along the supply chain, the system and method can operate to modify information in the database as a function of other information in the database collected from tag reads. The system and method then allow for using that modified information to track the tag(s) through the supply chain.

40. The inventions of the ’715 Patent were conceived by Carla K. Fields, Angela R. Zillmer, and William J. Raynor, Jr., of Kimberly-Clark Worldwide, Inc.

41. The ’715 Patent expired on September 21, 2025.

42. On February 26, 2008, the United States Patent and Trademark Office issued United States Patent No. 7,336,176, titled POSITION INDICATING SYSTEM. The ’176 Patent

is valid and enforceable. A true and correct copy of the ’176 Patent is attached hereto as **Exhibit 2**.

43. Intellectual Ventures II LLC is the owner and assignee of all right, title, and interest in the ’176 Patent, including the right to grant licenses, to exclude others, and to recover damages for infringement of that patent.

44. The ’176 Patent is directed to a position indicating system. The claimed system allows for the accurate determination of the position of a person or thing and includes a position indicating device with two or more position indicating modules each capable of outputting a signal related to the location of the position indicating device. The system also includes reference devices corresponding to each of the position indicating modules, respectively, for receiving signals from the corresponding position indicating module and generating position information related to such signals. The system also includes a selecting module for selectively driving which of the position indicating modules will output a signal.

45. The inventions of the ’176 Patent were conceived by Yum-Cheng Chang, an employee of Lite-On Technology Corp.

46. On November 24, 2009, the United States Patent and Trademark Office issued United States Patent No. 7,623,439, titled CYCLIC DIVERSITY SYSTEMS AND METHODS. The ’439 Patent is valid and enforceable. A true and correct copy of the ’439 Patent is attached hereto as **Exhibit 3**.

47. Intellectual Ventures I LLC is the owner and assignee of all right, title, and interest in the ’439 Patent, including the right to grant licenses, to exclude others, and to recover damages for infringement of that patent.

48. The ’439 Patent is directed to a system and method for transmitting OFDM signals from a multiple antenna transmitting device. The system and method manipulate an OFDM signal using a cyclic advancement scheme whereby a portion of sampled symbol data from packets comprising the OFDM signal are shifted (advanced) into the guard interval of the packet relative to a first non-shifted version of the packet. The system and method then allow for the substantially simultaneous transmission of the respective packets from different antennas in the transmitting device, thereby allowing a receiver to more easily acquire and correlate the received data.

49. The inventions claimed in the ’439 Patent were conceived by Mark Webster and Michael Seals, both of whom were engineers at Conexant, a well-known software developer and fabless semiconductor company specializing in developing technology for voice and audio processing. Conexant’s wireless communications division was spun off to form Skyworks Solutions, Inc. in the early 2000’s and developed some of the foundational technology of that era with respect to wireless communications.

50. On November 26, 2013, the United States Patent and Trademark Office issued United States Patent No. 8,594,122, titled TRANSMIT ANNOUNCMENT INDICATION. The ’122 Patent is valid and enforceable. A true and correct copy of the ’122 Patent is attached hereto as **Exhibit 4**.

51. Intellectual Ventures I LLC is the owner and assignee of all right, title, and interest in the ’122 Patent, including the right to grant licenses, to exclude others, and to recover damages for infringement of that patent.

52. The ’122 patent is directed to a system and method for using transmit announcement indications to reduce the overhead in and enhance the network performance and efficiency of 802.11 networks. The system and method utilize transmit announcement indications

to improve the wireless communication system's performance by notifying receiving devices about upcoming transmissions, allowing the transmitting device to remove addressing while enabling the access points to make more informed decisions about channel access, power saving, beamforming, quality of service and multi-user multiple-input operations.

53. The inventions claimed in the '122 Patent were conceived by Menzo Wentink, an engineer at Conexant.

54. On June 14, 2022, the United States Patent and Trademark Office issued United States Patent No. 11,363,564, titled PAGING IN A WIRELESS NETWORK. The '564 Patent is valid and enforceable. A true and correct copy of the '564 Patent is attached hereto as **Exhibit 5**.

55. Intellectual Ventures II LLC is the owner and assignee of all right, title, and interest in the '564 Patent, including the right to grant licenses, to exclude others, and to recover damages for infringement of that patent.

56. The '564 Patent is directed to a system and method for waking up user equipment (e.g., a mobile terminal) from sleep mode for a network-initiated connection by employing an improved two-stage paging procedure, in which the first and second paging signals are transmitted over separate channels.

57. The inventions claimed in the '564 Patent were conceived by Chandrika K. Worrall.

**COUNT I**

(Defendant's Infringement of U.S. Patent No. 7,199,715)

58. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

59. The claims of the '715 Patent are directed to patent eligible subject matter. Particularly, the '715 Patent claims and teaches, *inter alia,* an improved tag tracking system.

60. A tag tracking system uses tags affixed to or otherwise carried by physical objects (e.g., packages) as they move through places in which the objects are monitored, such as warehouses or manufacturing facilities. A tag affixed to an object is designed to be detected by a reader (e.g., sensor and/or antenna) having a known location when it moves into the vicinity of that reader, such that the tag (and therefore the object) is deemed to be located proximate to that reader when detected by it. Therefore, as packages and their tags move through places, such as warehouses, successive readers track and locate the tags and their associated packages.

61. It is known that a tracking system comprising several successive readers may suffer poor or failed reads at some of these readers, which may cause required data to be missing from the system.

62. The improvement taught and claimed by the '715 Patent comprises populating a database with information corresponding to the reading of a tag at successive reader locations, and then with the understanding that certain information in the database may be missing or unreliable because of poor or failed tag reads, modifying that information using other information in the database.

63. More specifically, the patented invention improves upon then-existing tag tracking systems by attempting to read each tag at multiple successive points in a tag-rich environment (e.g., in a warehouse), recording information corresponding to the attempted reading of each tag to a database, modifying parts of the database having missing information (e.g., because of poor or failed tag reads) using other parts of the database, and using that information to adjust the handling of the objects or the functioning of the tag tracking system itself.

64. The '715 Patent solved a long-felt need to develop a tag tracking system that can be relied upon to adjust the handling of monitored objects or the functioning of the tag tracking

system itself. Previous tag tracking systems ignored missing data resulting from poor reads or made inadequate attempts to infer the missing data. The invention of the '715 Patent improved upon the prior art by using the information associated with poor or failed tag reads to detect disruptions in a supply chain (e.g., damaged packages) and to prompt physical modifications to the supply chain or to the handling of tagged objects to minimize or eliminate poor tag reads.

65. Defendant has directly infringed and continues to directly infringe at least claim 10 of the '715 Patent, either literally and/or under the doctrine of equivalents, by making, using, selling, offering for sale, and importing into the United States systems covered by one or more claims of the '715 Patent. Defendant's systems that infringe the '715 Patent include, but are not limited to, its Smart Packages Smart Facilities System ("SPSF System"), comprised of smart package labels, smart antennas, sorting facilities, package cars, tractors and/or aircraft that use Defendant's "smart package smart facility" solution, and Defendant's Digital Twin System which provides management and control of the SPSF System – as well as any other of Defendant's systems, either alone or in combination, that operate in substantially the same manner (together, the "Accused '715 Systems").

66. Claim 10 of the '715 Patent is a dependent claim that depends from Claim 9, which incorporates the business process claimed in Claim 1. These three claims are reproduced below:

> *1. A method of tracking tags at several successive points of a business process, said method comprising:*
>
> *attempting to read each tag at each successive point;*
>
> *populating a database with information corresponding to the reading of each tag at each successive point and the time of each reading;*
>
> *modifying part of the information in the database; and*
>
> *using the modified information to track the tags through the business process.*

*9. A method of improving an RFID system for a business process associated with a supply chain, comprising the method of tracking tags at several successive points of the business process according to claim 1, and further comprising:*

*using the information in the database to identify at least one problematic portion of the supply chain having a relatively high level of errors in reading tags, and*

*physically modifying one or more of the at least one identified problematic portion of the supply chain to reduce the likelihood or error.*

*10. The method of claim 9, wherein physically modifying one or more of the at least one identified problematic portion of the supply chain comprises modifying a handling process for objects associated with the tags, or an environmental factor.*

67. The Accused '715 Systems perform a method of tracking tags at several successive points of a business process. For example, Defendant places packages into its shipment network, wherein each package has an RFID label that enables automatic tracking of the packages as they move through UPS's shipment network, as can be seen below:









https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/SPSF%20and%20RFID%20thumbnail%20video.mp4

**Key Benefits of UPS's digital twin**



**Detailed package conditions and tracking**

The package twin incorporates real-time location and sensor data that helps provide confidence to customers with sensitive shipments — like those in healthcare.

**Key Benefits of UPS's digital twin**



**Identify Network Friction Points**

The digital twin provides an end-to-end and real-time view of UPS operations across the entire network. This visibility enables UPS to promptly detect and address disruptions caused by factors like surges in demand or building operations obstacles, ensuring a continuous and smooth operation with minimal human intervention.

https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/Digital twin thumbnail video.mp4

## Package with a Brain

With the system fully implemented, the SPSF software will capture each movement of a package from the package car to the UPS hub, Bell said "this is really the heartbeat of the operation. As the smart package starts moving through our network these next generation sensors are picking it up, giving real time information back to the shipper on the status of their package. We call it a package with a brain."

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

After building RFID reading functionality into more than 1,000 distribution sites across its network, tracking millions of "smart packages" daily, global logistics company UPS is expanding its Smart Package Smart Facility (SPSF) solution.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

68. The '715 Systems further perform the step of attempting to read each tag at each successive point. For example, smart antennas and/or sensors on UPS assets, including package cars, tractors, aircraft, etc., automatically track each package by attempting to read a package's RFID label.






https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/SPSF%20and%20RFID%20thumbnail%20video.mp4







https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/Digital twin thumbnail video.mp4




https://www.youtube.com/watch?v=bMlKf4I5tqQ.

69. The '715 Systems further perform the step of populating a database with information corresponding to the reading of each tag at each successive point and the time of each reading. For example, each RFID label is configured to convey key information about its associated package, including its intended destination and its real-time location in proximity to a given smart antenna or sensor. Such data is then inserted into a digital representation of Defendant's shipment network, as shown below:



https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/SPSF%20and%20RFID%20thumbnail%20video.mp4

The SPSF initiative began before the pandemic with planning, innovation and piloting intelligent packaging. Today, the majority of UPS facilities have been equipped with RFID readers and tags are being applied to packages as they are received. Each package label is connected to key information about the package's destination.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

**Key Benefits of UPS's digital twin**



**Detailed package conditions and tracking**

The package twin incorporates real-time location and sensor data that helps provide confidence to customers with sensitive shipments — like those in healthcare.

**Key Benefits of UPS's digital twin**



**Identify Network Friction Points**

The digital twin provides an end-to-end and real-time view of UPS operations across the entire network. This visibility enables UPS to promptly detect and address disruptions caused by factors like surges in demand or building operations obstacles, ensuring a continuous and smooth operation with minimal human intervention.

https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/Digital twin thumbnail video.mp4

Within NoF is the SPSF system, for which RFID feeds data into a platform leveraging Generative AI and Digital Twins. With RFID tags on packages and reader antennas in facilities and vehicles "we're moving from a scanning-based logistics network to a sensing-based network," said Bell.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

The RFID technology enables UPS to pinpoint the location of every smart package as it is being sorted, within about three feet. This means that if a tagged parcel is routed to the wrong vehicle, that action can be detected in real time, and the network immediately and automatically sends out an alert so that the mis-loaded package can be corrected quickly.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

70. The '715 Systems further perform the step of modifying part of the information in the database as a function of other information in the database. For example, on information and belief, if a sensor fails to read or incorrectly reads an RFID label associated with a package, the information associated with that failed or poor read is changed using other information in the digital representation of Defendant's shipment network, as shown below:


The future is digital twins.
Because UPS is envisioning


Youngjun Choi, PhD
Director of Advanced AI and Robotics
UPS Robotics AI Lab (RAIL)
creating a self-healing network.







https://www.youtube.com/watch?v=bMlKf4I5tqQ

**Key Benefits of UPS's digital twin**



**Identify Network Friction Points**

The digital twin provides an end-to-end and real-time view of UPS operations across the entire network. This visibility enables UPS to promptly detect and address disruptions caused by factors like surges in demand or building operations obstacles, ensuring a continuous and smooth operation with minimal human intervention.

The RFID technology enables UPS to pinpoint the location of every smart package as it is being sorted, within about three feet. This means that if a tagged parcel is routed to the wrong vehicle, that action can be detected in real time, and the network immediately and automatically sends out an alert so that the mis-loaded package can be corrected quickly.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

## Package with a Brain

With the system fully implemented, the SPSF software will capture each movement of a package from the package car to the UPS hub, Bell said "this is really the heartbeat of the operation. As the smart package starts moving through our network these next generation sensors are picking it up, giving real time information back to the shipper on the status of their package. We call it a package with a brain."

Additionally, UPS is leveraging both GenAI and digital twins to provide real-time and historical insights and analytics to improve efficiency and make the shipping process greener. Because the SPSF technology increases the amount of data about each package and its movement, UPS will use AI to process that data for more informed decision making as well as prediction analysis.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

71. The ’715 Systems further perform the step of using the modified information to track the tags through the business process. For example, on information and belief, the SPSF System uses the information associated with a failed or poor read of an RFID label to identify and

track packages that may be at risk of or have been impacted by a disruption in Defendant's shipment network, as shown below:







https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/Digital twin thumbnail video.mp4


The future is digital twins.
Because UPS is envisioning


Youngjun Choi, PhD
Director of Advanced AI and Robotics
UPS Robotics AI Lab (RAIL)
creating a self-healing network.







https://www.youtube.com/watch?v=bMlKf4I5tqQ

The RFID technology enables UPS to pinpoint the location of every smart package as it is being sorted, within about three feet. This means that if a tagged parcel is routed to the wrong vehicle, that action can be detected in real time, and the network immediately and automatically sends out an alert so that the mis-loaded package can be corrected quickly.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

72. The ’715 Systems perform a method of improving an RFID system for a business process associated with a supply chain, comprising the method of tracking tags at several successive points of the business process according to Claim 1. For example, by tracking RFID-labeled packages with smart antennas and/or sensors placed throughout Defendant’s shipment network, Defendant creates a self-healing network, as shown below:












https://www.youtube.com/watch?v=bMlKf4I5tqQ

**Key Benefits of UPS's digital twin**



**Identify Network Friction Points**

The digital twin provides an end-to-end and real-time view of UPS operations across the entire network. This visibility enables UPS to promptly detect and address disruptions caused by factors like surges in demand or building operations obstacles, ensuring a continuous and smooth operation with minimal human intervention.

> The RFID technology enables UPS to pinpoint the location of every smart package as it is being sorted, within about three feet. This means that if a tagged parcel is routed to the wrong vehicle, that action can be detected in real time, and the network immediately and automatically sends out an alert so that the mis-loaded package can be corrected quickly.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

73. The ’715 Systems further perform the step of using the information in the database to identify at least one problematic portion of the supply chain having a relatively high level of errors in reading tags. For example, by recording information associated with failed or poor reads of RFID labels affixed on packages, the digital representation can detect disruptions or bottlenecks in the shipment network, as shown below:

**Key Benefits of UPS's digital twin**



**Identify Network Friction Points**

The digital twin provides an end-to-end and real-time view of UPS operations across the entire network. This visibility enables UPS to promptly detect and address disruptions caused by factors like surges in demand or building operations obstacles, ensuring a continuous and smooth operation with minimal human intervention.

https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/Digital twin thumbnail video.mp4












https://www.youtube.com/watch?v=bMlKf4I5tqQ

**Key Benefits of UPS's digital twin**



**Identify Network Friction Points**

The digital twin provides an end-to-end and real-time view of UPS operations across the entire network. This visibility enables UPS to promptly detect and address disruptions caused by factors like surges in demand or building operations obstacles, ensuring a continuous and smooth operation with minimal human intervention.

https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/Digital twin thumbnail video.mp4

> The RFID technology enables UPS to pinpoint the location of every smart package as it is being sorted, within about three feet. This means that if a tagged parcel is routed to the wrong vehicle, that action can be detected in real time, and the network immediately and automatically sends out an alert so that the mis-loaded package can be corrected quickly.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

74. The ’715 Systems further perform the step of physically modifying one or more of the at least one identified problematic portion of the supply chain to reduce the likelihood of error. For example, employees may be prompted to physically adjust the handling of packages (e.g., resorting, reordering, repackaging) to address the detected disruption in the shipment network, as shown below:


The future is digital twins.
Because UPS is envisioning


Youngjun Choi, PhD
Director of Advanced AI and Robotics
UPS Robotics AI Lab (RAIL)
creating a self-healing network.







https://www.youtube.com/watch?v=bMlKf4I5tqQ

**Key Benefits of UPS's digital twin**



**Identify Network Friction Points**

The digital twin provides an end-to-end and real-time view of UPS operations across the entire network. This visibility enables UPS to promptly detect and address disruptions caused by factors like surges in demand or building operations obstacles, ensuring a continuous and smooth operation with minimal human intervention.

https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/Digital twin thumbnail video.mp4

> The RFID technology enables UPS to pinpoint the location of every smart package as it is being sorted, within about three feet. This means that if a tagged parcel is routed to the wrong vehicle, that action can be detected in real time, and the network immediately and automatically sends out an alert so that the mis-loaded package can be corrected quickly.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

75. The ’715 Systems further perform the step of physically modifying one or more of the at least one identified problematic portion of the supply chain, where physically modifying one or more of the at least one identified problematic portion of the supply chain comprises modifying a handling process for objects associated with the tags, or an environmental factor. For example, an employee may physically sort a package to address a poor or failed read of the RFID label associated with that package by one of the sensors, as shown below:




Youngjun Choi, PhD
Director of Advanced AI and Robotics
UPS Robotics AI Lab (RAIL)
creating a self-healing network.


Twin Engine
Network Twin
We are creating a virtual simulation,
and using the simulation,




https://www.youtube.com/watch?v=bMlKf4I5tqQ

**Key Benefits of UPS's digital twin**



**Identify Network Friction Points**

The digital twin provides an end-to-end and real-time view of UPS operations across the entire network. This visibility enables UPS to promptly detect and address disruptions caused by factors like surges in demand or building operations obstacles, ensuring a continuous and smooth operation with minimal human intervention.

https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/Digital twin thumbnail video.mp4

The RFID technology enables UPS to pinpoint the location of every smart package as it is being sorted, within about three feet. This means that if a tagged parcel is routed to the wrong vehicle, that action can be detected in real time, and the network immediately and automatically sends out an alert so that the mis-loaded package can be corrected quickly.

https://www.rfidjournal.com/news/ups-delivers-next-phase-in-smart-package-smart-facility-initiative-with-rfid/221158/

76. Defendant knew of the ’715 Patent or should have known of the ’715 Patent, but was willfully blind to its existence. Additionally, Defendant has known of the ’715 Patent since at least when it received a copy of this Complaint.

77. As a result of Defendant’s acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT II**

(Defendant’s Infringement of U.S. Patent No. 7,336,176)

78. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

79. The claims of the ’176 Patent are directed to patent eligible subject matter. Particularly, the ’176 Patent claims and teaches, *inter alia*, a new and improved technical solution for tracking persons and things so that their location can be determined at any given time and they are not lost.

80. The claimed invention provides a new and improved system to indicate the position of a person or thing by utilizing more than one position indicating mechanism. The claimed position indicating device comprises multiple position indicating modules, each for outputting signals related to the location of the device. Such position indicating modules can utilize global positioning system (“GPS”) technology and RFID technology, amongst other signaling technologies. The position indicating device further comprises a selecting module connected to the position indicating modules that controls which of the position indicating modules output a signal in relation to the location of the device. The system further comprises reference devices corresponding to each of the position indicating modules for receiving signals from each respective position indicating module and generating position information according to the location of the device.

81. The system covered by the claims differs markedly from the prior systems in use at the time of the invention because it provides a technical solution to the persistent problem of reliably being able to locate individuals and things and to be able to trace their current location. The invention's claimed multiple position indicating modules and associated reference devices allow for precise and reliable location monitoring where use of only GPS functionality was insufficient prior to the claimed invention.

82. Thus, the claims of the '176 Patent focus on a specific system and technical solution to improve the ability to accurately calculate the position of an individual or thing. Various claimed features, including but not limited to "a position indicating system," "a position requesting device," "a position indicating device," "a position indicating module," "a selecting module," and a "reference device corresponding . . . to the [] position indicating module," are neither laws of nature nor a mental process. These claims are not directed to a result or effect that can be characterized as an abstract idea, and the claim elements do not employ generic processes and/or machinery merely to implement such an idea. Rather, these claims are directed to achieve an improvement in the above-described technology and technical field. At least for these reasons, these claims are patent-eligible.

83. Defendant has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, at least Claim 13 of the '176 Patent, annotated and reproduced below, by making, using, selling, offering for sale, and/or importing into the United States one or more Accused Products, e.g., UPS Premier. The following demonstration of infringement of the '176 Patent by UPS Premier is exemplary.

84. Claim 13 of the ’176 Patent is reproduced below:

13. *A position indicating system comprising:*

*a position requesting device for outputting a position request;*

*a position indicating device comprising:*

*a first position indicating module for outputting a first signal, wherein the first position indicating module is activated after the position indicating device receives the position request;*

*a second position indicating module for outputting a second signal and generating second position information corresponding to a position of the position indicating device according to the second signal, wherein the second position indicating module is activated after the position indicating device receives the requesting signal; and*

*a selecting module electrically connected to the first position indicating module and the second position indicating module for selectively driving the first position indicating module to output the first signal or driving the second position indicating module to output the second signal;*

*a first reference device corresponding to the first position indicating module for receiving the first signal and generating first position information according to a position of the position indicating device according to the first signal; and*

*a second reference device corresponding to the second position indicating module for outputting the second signal.*

85. Defendant directly infringes Claim 13 of the ’176 Patent because, *inter alia*, the Accused Products, e.g., UPS Premier, comprise a “*position indicating system*.” For example, Defendant makes, uses, sells, offers for sale, and/or imports into the United States the following product or service:

# UPS Premier: Priority Shipping for Healthcare Products

Critical healthcare goods can bring patients new hope. But only if they arrive on time and intact. UPS Premier upgrades packages with advanced sensor-based logistics technology that ensures a priority lane in our network with highly specialized shipping, which provides enhanced visibility and control along the way.

Contact Our Experts >

## Priority shipping and sensor-based logistics solutions for critical healthcare shipments




- **Priority Shipping & Handling**

  Now small packages can get "white glove shipping services" normally reserved for specialty freight. Thanks to our sensor labeling system, your package will get priority handling at every node in the shipping network as well as preferred delivery services and proactive alerts.

- **Advanced Sensor-Based Shipment Tracking**

  Advanced RFID, mesh, or cellular sensor technology built into to our highly visible labeling system allow you to tailor your level of visibility services for the needs of each shipment.

- **Live 24/7 Monitoring**

  Live agents at our Command Center provide 24/7 monitoring and intervention services for your most critical shipments when you choose UPS Premier.

- **Advanced Recovery**

  Pre-configured handling instructions allow the UPS team to effectively locate your package and quickly take action on distressed shipments within the network, mitigating risk for even your most fragile payloads. We also offer insurance options to limit financial exposure.

- **Seamless Imports & Exports**

  When coupled with global brokerage capabilities, UPS Premier shipments move on a priority fast-lane across borders avoiding risk and potential delay.

Get Started >

## UPS Premier Technology Package Options

While all UPS Premier plans offer priority lane shipping, live monitoring, and risk mitigation, each offers a different level of sensor technology to protect your shipment.
*Services not available in all countries, please engage an expert to find out more.*

**PREMIER SILVER - RFID Sensor**

- Coverage: In network only
- Visibility: Point-in-time
- Precision: General Temp.
- Temp sensor technology: No
- Recovery: Configurable

**PREMIER GOLD - Mesh Network Sensor**

- Coverage: In network only
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: No
- Recovery: Configurable and expedited

**PREMIER PLATINUM - Cellular Sensor**

- Coverage: In or out of network
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: Included
- Recovery: Configurable and expedited

# Frequently Asked Questions

**What do UPS® Premier Silver, Gold, and Platinum offer?**

UPS® Premier Silver uses RFID Sensor technology to provide point-in-time in-network visibility. Shipments get priority handling, near real-time monitoring, controlled product protection, same day redelivery and expedited recovery for shipments in our network.

UPS® Premier Gold uses Mesh Sensor technology to provide near real-time in-network visibility. Shipments get all the features of UPS Silver with enhanced visibility and the ability for 'next flight out.'

UPS® Premier Platinum, currently in beta, provides our strongest technology by utilizing cellular sensors to provide near real-time shipment tracking. UPS® Premier provides the features of UPS® Premier Gold as well as environmental sensors.

Contact our team to see which UPS Premier plan is best for your business.

**What technology is used in UPS Premier sensors?**

UPS Premier employs adaptable sensor-based technology that differs by service level to match your shipment's needs:

- **Silver**: RFID sensors for point-in-time in-network visibility.
- **Gold**: Mesh network sensors for near real-time, in-network visibility and enhanced precision (within 2 meters).
- **Platinum**: Cellular sensors for real-time visibility both in-network and out-of-network, featuring temperature monitoring for delicate shipments.

These sensors provide unparalleled visibility and precision to help protect the integrity of your patient's most critical products.

For further inquiries or customized solutions, contact a UPS Healthcare expert.

https://www.ups.com/us/en/healthcare/solutions/ups-premier;

https://www.ups.com/assets/resources/healthcare/media/UPS_Premier_Sales_Sheet.pdf

At UPS Healthcare, for example, *UPS® Premier* offers is a portfolio of service options supported by next-generation sensor and tracking technology — an express lane for critical healthcare shipments. Features include enhanced shipment visibility, real-time monitoring by a 24/7/365 control tower, and tech-enabled priority handling.

Networks within networks, like *UPS® Premier*, use scanners, bar codes, and tags (active and passive) to communicate shipment status. Think of it as an Internet of Packages. Shipments 'talk' with sensors and with technicians, relaying real-time temperature, location, time in transit, in-flight or ground trajectory, and other vital statistics.

The most advanced networks blend GPS and cellular, Bluetooth/WiFi, multi-radio/LoRa (a low-power, wide-area network protocol), and RFID (radio frequency identification) technologies to assure visibility and status of healthcare shipments.

https://www.ups.com/assets/resources/healthcare/media/UPSHC_Novel_GPS_Tracking_Tech.pdf

LOGISTICS REPORT

# New Technology is Taking Package Tracking Past Scanning

Smaller, robust labels are making tracking more precise by sending out location and other data




UPS affixes shipping labels with tracking tags to high-value packages to track their exact whereabouts. PHOTO: UNITED PARCEL SERVICE

Package delivery giant United Parcel Service UPS 0.08% ↓ sells a tracking service to healthcare companies that uses technology including RFID and cellular networks to track shipments within 10 feet of their locations.

https://www.wsj.com/articles/new-technology-is-taking-package-tracking-past-scanning-3c9a3cf1

86. Defendant directly infringes Claim 13 of the '176 Patent by making, using, selling, offering for sale, and/or importing into the United States the Accused Products, e.g., UPS Premier, because UPS Premier includes "*a position requesting device for outputting a position request*." Specifically, to request the position of a package being tracked using the UPS Premier product, a user may visit the UPS website or use the UPS mobile app (i.e. "*position requesting device*"), and enter the tracking details of the package and click the track button to initiate the request (i.e., "*outputting a position request*."):

# UPS Premier: Priority Shipping for Healthcare Products

Critical healthcare goods can bring patients new hope. But only if they arrive on time and intact. UPS Premier upgrades packages with advanced sensor-based logistics technology that ensures a priority lane in our network with highly specialized shipping, which provides enhanced visibility and control along the way.

Contact Our Experts >

## Frequently Asked Questions

**How do I track my UPS Premier shipment?**

Tracking a UPS Premier shipment is easy:

1. Log into your UPS account and enter the tracking number on the UPS tracking page.
2. You will be able to see real-time updates on the location and condition of your shipment.
3. Premium users may receive data on environmental conditions depending on the sensor technology included in their shipment (e.g., Platinum offers environmental temperature monitoring).

For urgent tracking assistance, our 24/7 Command Center is also available to provide live monitoring and support.

https://www.ups.com/us/en/healthcare/solutions/ups-premier

***Using the UPS Website or Mobile App to Track Orders***

Before you can start tracking your UPS order, you need to have your UPS tracking number. This tracking ID is provided by the shipper or retailer from whom you made the purchase. Typically, the tracking number is sent to your email or provided on the order confirmation page.

1. Visit the UPS website or download the UPS mobile app for your device.
2. Locate the "Track" option on the homepage or within the app.
3. Enter the tracking number you obtained earlier in the designated field.
4. Click or tap on the "Track" button to initiate the tracking process.

The UPS website or mobile app will then display the real-time tracking information for your package, including its current location, estimated delivery date, and any relevant updates along the way.

https://www.ship24.com/couriers/ups-tracking/ups-order-tracking




https://www.ups.com/track?loc=en_US&requester=ST/;

https://deefreight.com/ups-tracking/

87. Defendant directly infringes Claim 13 of the '176 Patent by making, using, selling, offering for sale, and/or importing into the United States the Accused Products, e.g., UPS Premier, because UPS Premier includes "*a position indicating device comprising*:" "*a first position indicating module for outputting a first signal, wherein the first position indicating module is activated after the position indicating device receives the position request*[.]" Specifically, UPS Premier package labels used to track packages shipped by UPS (i.e., "*position indicating device*") contain RFID sensors, that transmit information associated with the package to which they are applied, including location information relating to such package (i.e., "*a first position indicating module for outputting a first signal*"), in response to a request concerning that package's location

(i.e., "*wherein the first position indicating module is activated after the position indicating device receives the position request*"):

# UPS Premier: Priority Shipping for Healthcare Products

Critical healthcare goods can bring patients new hope. But only if they arrive on time and intact. UPS Premier upgrades packages with advanced sensor-based logistics technology that ensures a priority lane in our network with highly specialized shipping, which provides enhanced visibility and control along the way.

Contact Our Experts >

## Priority shipping and sensor-based logistics solutions for critical healthcare shipments




**Priority Shipping & Handling**

Now small packages can get "white glove shipping services" normally reserved for specialty freight. Thanks to our sensor labeling system, your package will get priority handling at every node in the shipping network as well as preferred delivery services and proactive alerts.

**Advanced Sensor-Based Shipment Tracking**

Advanced RFID, mesh, or cellular sensor technology built into to our highly visible labeling system allow you to tailor your level of visibility services for the needs of each shipment.

**Live 24/7 Monitoring**

Live agents at our Command Center provide 24/7 monitoring and intervention services for your most critical shipments when you choose UPS Premier.

**Advanced Recovery**

Pre-configured handling instructions allow the UPS team to effectively locate your package and quickly take action on distressed shipments within the network, mitigating risk for even your most fragile payloads. We also offer insurance options to limit financial exposure.

**Seamless Imports & Exports**

When coupled with global brokerage capabilities, UPS Premier shipments move on a priority fast-lane across borders avoiding risk and potential delay.

Get Started >

## UPS Premier Technology Package Options

While all UPS Premier plans offer priority lane shipping, live monitoring, and risk mitigation, each offers a different level of sensor technology to protect your shipment.
*Services not available in all countries, please engage an expert to find out more.*

**PREMIER SILVER - RFID Sensor**

- Coverage: In network only
- Visibility: Point-in-time
- Precision: General Temp.
- Temp sensor technology: No
- Recovery: Configurable

**PREMIER GOLD - Mesh Network Sensor**

- Coverage: In network only
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: No
- Recovery: Configurable and expedited

**PREMIER PLATINUM - Cellular Sensor**

- Coverage: In or out of network
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: Included
- Recovery: Configurable and expedited

# Frequently Asked Questions

**What do UPS® Premier Silver, Gold, and Platinum offer?**

UPS® Premier Silver uses RFID Sensor technology to provide point-in-time in-network visibility. Shipments get priority handling, near real-time monitoring, controlled product protection, same day redelivery and expedited recovery for shipments in our network.

UPS® Premier Gold uses Mesh Sensor technology to provide near real-time in-network visibility. Shipments get all the features of UPS Silver with enhanced visibility and the ability for 'next flight out.'

UPS® Premier Platinum, currently in beta, provides our strongest technology by utilizing cellular sensors to provide near real-time shipment tracking. UPS® Premier provides the features of UPS® Premier Gold as well as environmental sensors.

Contact our team to see which UPS Premier plan is best for your business.

**What technology is used in UPS Premier sensors?**

UPS Premier employs adaptable sensor-based technology that differs by service level to match your shipment's needs:

- **Silver**: RFID sensors for point-in-time in-network visibility.
- **Gold**: Mesh network sensors for near real-time, in-network visibility and enhanced precision (within 2 meters).
- **Platinum**: Cellular sensors for real-time visibility both in-network and out-of-network, featuring temperature monitoring for delicate shipments.

These sensors provide unparalleled visibility and precision to help protect the integrity of your patient's most critical products.

For further inquiries or customized solutions, contact a UPS Healthcare expert.

https://www.ups.com/us/en/healthcare/solutions/ups-premier;

https://www.ups.com/assets/resources/healthcare/media/UPS_Premier_Sales_Sheet.pdf

At UPS Healthcare, for example, *UPS® Premier* offers is a portfolio of service options supported by next-generation sensor and tracking technology — an express lane for critical healthcare shipments. Features include enhanced shipment visibility, real-time monitoring by a 24/7/365 control tower, and tech-enabled priority handling.

Networks within networks, like *UPS® Premier*, use scanners, bar codes, and tags (active and passive) to communicate shipment status. Think of it as an Internet of Packages. Shipments 'talk' with sensors and with technicians, relaying real-time temperature, location, time in transit, in-flight or ground trajectory, and other vital statistics.

The most advanced networks blend GPS and cellular, Bluetooth/WiFi, multi-radio/LoRa (a low-power, wide-area network protocol), and RFID (radio frequency identification) technologies to assure visibility and status of healthcare shipments.

https://www.ups.com/assets/resources/healthcare/media/UPSHC_Novel_GPS_Tracking_Tech.pd
f

LOGISTICS REPORT

# New Technology is Taking Package Tracking Past Scanning

Smaller, robust labels are making tracking more precise by sending out location and other data




UPS affixes shipping labels with tracking tags to high-value packages to track their exact whereabouts. PHOTO: UNITED PARCEL SERVICE

Package delivery giant United Parcel Service UPS 0.08% ↓ sells a tracking service to healthcare companies that uses technology including RFID and cellular networks to track shipments within 10 feet of their locations.

https://www.wsj.com/articles/new-technology-is-taking-package-tracking-past-scanning-3c9a3cf1

88. Defendant directly infringes Claim 13 of the ’176 Patent by making, using, selling, offering for sale, and/or importing into the United States the Accused Products, e.g., UPS Premier, because UPS Premier also includes “*a position indicating device comprising*:” “*a second position indicating module for outputting a second signal and generating second position information corresponding to a position of the position indicating device according to the second signal, wherein the second position indicating module is activated after the position indicating device receives the requesting signal*[.]” Specifically, UPS Premier package labels used to track packages

shipped by UPS contain cellular/GPS sensors, that transmit information associated with the package to which they are applied (i.e., a "*a second position indicating module for outputting a second signal*"), including location information relating to such package (i.e., "*generating second position information corresponding to a position of the position indicating device according to the second signal*"), in response to a request concerning that package's location (i.e., "*wherein the second position indicating module is activated after the position indicating device receives the requesting signal*"):



## Priority shipping and sensor-based logistics solutions for critical healthcare shipments




**Priority Shipping & Handling**

Now small packages can get "white glove shipping services" normally reserved for specialty freight. Thanks to our sensor labeling system, your package will get priority handling at every node in the shipping network as well as preferred delivery services and proactive alerts.

**Advanced Sensor-Based Shipment Tracking**

Advanced RFID, mesh, or cellular sensor technology built into to our highly visible labeling system allow you to tailor your level of visibility services for the needs of each shipment.

**Live 24/7 Monitoring**

Live agents at our Command Center provide 24/7 monitoring and intervention services for your most critical shipments when you choose UPS Premier.

**Advanced Recovery**

Pre-configured handling instructions allow the UPS team to effectively locate your package and quickly take action on distressed shipments within the network, mitigating risk for even your most fragile payloads. We also offer insurance options to limit financial exposure.

**Seamless Imports & Exports**

When coupled with global brokerage capabilities, UPS Premier shipments move on a priority fast-lane across borders avoiding risk and potential delay.

Get Started >

## UPS Premier Technology Package Options

While all UPS Premier plans offer priority lane shipping, live monitoring, and risk mitigation, each offers a different level of sensor technology to protect your shipment.
*Services not available in all countries, please engage an expert to find out more.*

### PREMIER SILVER - RFID Sensor

- Coverage: In network only
- Visibility: Point-in-time
- Precision: General Temp.
- Temp sensor technology: No
- Recovery: Configurable

### PREMIER GOLD - Mesh Network Sensor

- Coverage: In network only
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: No
- Recovery: Configurable and expedited

### PREMIER PLATINUM - Cellular Sensor

- Coverage: In or out of network
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: Included
- Recovery: Configurable and expedited

# Frequently Asked Questions

**What do UPS® Premier Silver, Gold, and Platinum offer?**

UPS® Premier Silver uses RFID Sensor technology to provide point-in-time in-network visibility. Shipments get priority handling, near real-time monitoring, controlled product protection, same day redelivery and expedited recovery for shipments in our network.

UPS® Premier Gold uses Mesh Sensor technology to provide near real-time in-network visibility. Shipments get all the features of UPS Silver with enhanced visibility and the ability for 'next flight out.'

UPS® Premier Platinum, currently in beta, provides our strongest technology by utilizing cellular sensors to provide near real-time shipment tracking. UPS® Premier provides the features of UPS® Premier Gold as well as environmental sensors.

Contact our team to see which UPS Premier plan is best for your business.

**What technology is used in UPS Premier sensors?**

UPS Premier employs adaptable sensor-based technology that differs by service level to match your shipment's needs:

- **Silver**: RFID sensors for point-in-time in-network visibility.
- **Gold**: Mesh network sensors for near real-time, in-network visibility and enhanced precision (within 2 meters).
- **Platinum**: Cellular sensors for real-time visibility both in-network and out-of-network, featuring temperature monitoring for delicate shipments.

These sensors provide unparalleled visibility and precision to help protect the integrity of your patient's most critical products.

For further inquiries or customized solutions, contact a UPS Healthcare expert.

https://www.ups.com/us/en/healthcare/solutions/ups-premier;

https://www.ups.com/assets/resources/healthcare/media/UPS_Premier_Sales_Sheet.pdf

At UPS Healthcare, for example, *UPS® Premier* offers is a portfolio of service options supported by next-generation sensor and tracking technology — an express lane for critical healthcare shipments. Features include enhanced shipment visibility, real-time monitoring by a 24/7/365 control tower, and tech-enabled priority handling.

Networks within networks, like *UPS® Premier*, use scanners, bar codes, and tags (active and passive) to communicate shipment status. Think of it as an Internet of Packages. Shipments 'talk' with sensors and with technicians, relaying real-time temperature, location, time in transit, in-flight or ground trajectory, and other vital statistics.

The most advanced networks blend GPS and cellular, Bluetooth/WiFi, multi-radio/LoRa (a low-power, wide-area network protocol), and RFID (radio frequency identification) technologies to assure visibility and status of healthcare shipments.

https://www.ups.com/assets/resources/healthcare/media/UPSHC_Novel_GPS_Tracking_Tech.pdf

LOGISTICS REPORT

# New Technology is Taking Package Tracking Past Scanning

Smaller, robust labels are making tracking more precise by sending out location and other data




UPS affixes shipping labels with tracking tags to high-value packages to track their exact whereabouts. PHOTO: UNITED PARCEL SERVICE

Package delivery giant United Parcel Service UPS 0.08% ↓ sells a tracking service to healthcare companies that uses technology including RFID and cellular networks to track shipments within 10 feet of their locations.

https://www.wsj.com/articles/new-technology-is-taking-package-tracking-past-scanning-3c9a3cf1

89. Defendant directly infringes Claim 13 of the ’176 Patent by making, using, selling, offering for sale, and/or importing into the United States the Accused Products, e.g., UPS Premier, because UPS Premier also includes “*a position indicating device comprising*:” “*a selecting module electrically connected to the first position indicating module and the second position indicating module for selectively driving the first position indicating module to output the first signal or driving the second position indicating module to output the second signal*[.]” Specifically, upon information and belief, UPS Premier package labels used to track packages shipped by UPS contain one or more processors connected to the RFID and GPS/cellular sensors within the UPS Premier package labels (i.e., “*a selecting module electrically connected to the first position indicating module and the second position indicating module*”), that selects which of at least the RFID and GPS/cellular sensors will transmit information about the package at a given time and cause such a signal to be transmitted from either the RFID or GPS/cellular sensor (“*for selectively*

*driving the first position indicating module to output the first signal or driving the second position indicating module to output the second signal*”).




https://www.reddit.com/r/UPSers/comments/1g6yn62/whoa/

# GPS Shipment Tracking Revolutionizes Healthcare Logistics

PAUL VASSALLO, VP, MARKETING STRATEGY, UPS HEALTHCARE | JANUARY 10, 2021 | 3-MIN READ

*If you're shipping high-value, high-sensitivity products, advanced tracking technologies can provide distinct advantages that help protect them from end to end.*

Networks within networks, like UPS® Premier, use scanners, bar codes, and tags (active and passive) to communicate shipment status. Think of it as an Internet of Packages. Shipments "talk" with sensors and with technicians, relaying real-time temperature, location, time in transit, in-flight or ground trajectory, and other vital statistics.

The most advanced networks blend GPS and cellular, Bluetooth/WiFi, multi-radio/LoRa (a low-power, wide-area network protocol), and RFID (radio frequency identification) technologies to assure visibility and status of healthcare shipments.

https://www.ups.com/us/en/healthcare/learning-center/articles/novel-gps-tracking-technology

# UPS Premier: Priority Shipping for Healthcare Products

Critical healthcare goods can bring patients new hope. But only if they arrive on time and intact. UPS Premier upgrades packages with advanced sensor-based logistics technology that ensures a priority lane in our network with highly specialized shipping, which provides enhanced visibility and control along the way.

Contact Our Experts >

## Priority shipping and sensor-based logistics solutions for critical healthcare shipments




**Priority Shipping & Handling**

Now small packages can get "white glove shipping services" normally reserved for specialty freight. Thanks to our sensor labeling system, your package will get priority handling at every node in the shipping network as well as preferred delivery services and proactive alerts.

**Advanced Sensor-Based Shipment Tracking**

Advanced RFID, mesh, or cellular sensor technology built into to our highly visible labeling system allow you to tailor your level of visibility services for the needs of each shipment.

**Live 24/7 Monitoring**

Live agents at our Command Center provide 24/7 monitoring and intervention services for your most critical shipments when you choose UPS Premier.

**Advanced Recovery**

Pre-configured handling instructions allow the UPS team to effectively locate your package and quickly take action on distressed shipments within the network, mitigating risk for even your most fragile payloads. We also offer insurance options to limit financial exposure.

**Seamless Imports & Exports**

When coupled with global brokerage capabilities, UPS Premier shipments move on a priority fast-lane across borders avoiding risk and potential delay.

Get Started >

https://www.ups.com/us/en/healthcare/solutions/ups-premier;

https://www.ups.com/assets/resources/healthcare/media/UPS_Premier_Sales_Sheet.pdf

90. Defendant directly infringes Claim 13 of the ’176 Patent by making, using, selling, offering for sale, and/or importing into the United States the Accused Products, e.g., UPS Premier, because UPS Premier also includes “*a first reference device corresponding to the first position indicating module for receiving the first signal and generating first position information according to a position of the position indicating device according to the first signal*[.]” Specifically, for example and without limitation, the RFID tag reader in a UPS warehouse for the RFID sensor on a package (i.e., *a first reference device corresponding to the first position indicating module*) receives a signal from the RFID sensor on the package (i.e., *receiving the first signal*), then the UPS Premier system determines position information with respect to the package according to the signal transmitted from the RFID sensor in the UPS Premier label on the package (i.e., *generating first position information according to a position of the position indicating device according to the first signal*).



## Priority shipping and sensor-based logistics solutions for critical healthcare shipments




- **Priority Shipping & Handling**

  Now small packages can get "white glove shipping services" normally reserved for specialty freight. Thanks to our sensor labeling system, your package will get priority handling at every node in the shipping network as well as preferred delivery services and proactive alerts.

- **Advanced Sensor-Based Shipment Tracking**

  Advanced RFID, mesh, or cellular sensor technology built into to our highly visible labeling system allow you to tailor your level of visibility services for the needs of each shipment.

- **Live 24/7 Monitoring**

  Live agents at our Command Center provide 24/7 monitoring and intervention services for your most critical shipments when you choose UPS Premier.

- **Advanced Recovery**

  Pre-configured handling instructions allow the UPS team to effectively locate your package and quickly take action on distressed shipments within the network, mitigating risk for even your most fragile payloads. We also offer insurance options to limit financial exposure.

- **Seamless Imports & Exports**

  When coupled with global brokerage capabilities, UPS Premier shipments move on a priority fast-lane across borders avoiding risk and potential delay.

Get Started >

## UPS Premier Technology Package Options

While all UPS Premier plans offer priority lane shipping, live monitoring, and risk mitigation, each offers a different level of sensor technology to protect your shipment.
*Services not available in all countries, please engage an expert to find out more.*

### PREMIER SILVER - RFID Sensor

- Coverage: In network only
- Visibility: Point-in-time
- Precision: General Temp.
- Temp sensor technology: No
- Recovery: Configurable

### PREMIER GOLD - Mesh Network Sensor

- Coverage: In network only
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: No
- Recovery: Configurable and expedited

### PREMIER PLATINUM - Cellular Sensor

- Coverage: In or out of network
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: Included
- Recovery: Configurable and expedited

# Frequently Asked Questions

**What do UPS® Premier Silver, Gold, and Platinum offer?**

UPS® Premier Silver uses RFID Sensor technology to provide point-in-time in-network visibility. Shipments get priority handling, near real-time monitoring, controlled product protection, same day redelivery and expedited recovery for shipments in our network.

UPS® Premier Gold uses Mesh Sensor technology to provide near real-time in-network visibility. Shipments get all the features of UPS Silver with enhanced visibility and the ability for 'next flight out.'

UPS® Premier Platinum, currently in beta, provides our strongest technology by utilizing cellular sensors to provide near real-time shipment tracking. UPS® Premier provides the features of UPS® Premier Gold as well as environmental sensors.

Contact our team to see which UPS Premier plan is best for your business.

**What technology is used in UPS Premier sensors?**

UPS Premier employs adaptable sensor-based technology that differs by service level to match your shipment's needs:

- **Silver**: RFID sensors for point-in-time in-network visibility.
- **Gold**: Mesh network sensors for near real-time, in-network visibility and enhanced precision (within 2 meters).
- **Platinum**: Cellular sensors for real-time visibility both in-network and out-of-network, featuring temperature monitoring for delicate shipments.

These sensors provide unparalleled visibility and precision to help protect the integrity of your patient's most critical products.

For further inquiries or customized solutions, contact a UPS Healthcare expert.

https://www.ups.com/us/en/healthcare/solutions/ups-premier;

https://www.ups.com/assets/resources/healthcare/media/UPS_Premier_Sales_Sheet.pdf

At UPS Healthcare, for example, *UPS® Premier* offers is a portfolio of service options supported by next-generation sensor and tracking technology — an express lane for critical healthcare shipments. Features include enhanced shipment visibility, real-time monitoring by a 24/7/365 control tower, and tech-enabled priority handling.

Networks within networks, like *UPS® Premier*, use scanners, bar codes, and tags (active and passive) to communicate shipment status. Think of it as an Internet of Packages. Shipments 'talk' with sensors and with technicians, relaying real-time temperature, location, time in transit, in-flight or ground trajectory, and other vital statistics.

The most advanced networks blend GPS and cellular, Bluetooth/WiFi, multi-radio/LoRa (a low-power, wide-area network protocol), and RFID (radio frequency identification) technologies to assure visibility and status of healthcare shipments.

https://www.ups.com/assets/resources/healthcare/media/UPSHC_Novel_GPS_Tracking_Tech.pdf

LOGISTICS REPORT

# New Technology is Taking Package Tracking Past Scanning

Smaller, robust labels are making tracking more precise by sending out location and other data




UPS affixes shipping labels with tracking tags to high-value packages to track their exact whereabouts. PHOTO: UNITED PARCEL SERVICE

Package delivery giant United Parcel Service UPS 0.08% ↓ sells a tracking service to healthcare companies that uses technology including RFID and cellular networks to track shipments within 10 feet of their locations.

https://www.wsj.com/articles/new-technology-is-taking-package-tracking-past-scanning-3c9a3cf1









https://about.ups.com/content/dam/upsstories/images/our-stories/innovation-driven/ups-takes-center-stage-at-google-cloud-next-24-and-rfid-journal-conferences/SPSF%20and%20RFID%20thumbnail%20video.mp4

91. Defendant directly infringes Claim 13 of the '176 Patent by making, using, selling, offering for sale, and/or importing into the United States the Accused Products, e.g., UPS Premier, because UPS Premier also includes "*a second reference device corresponding to the second position indicating module for outputting the second signal*." Specifically, for example and without limitation, UPS Premier uses a cellular network, including base stations within that network (i.e., *a second reference device corresponding to the second position indicating module*) for relaying GPS location information (i.e., *outputting the second signal*) captured by the GPS sensor within

the UPS Premier package label (i.e., *the second position indicating module*) to the UPS customer using the UPS website or mobile application.

# UPS Premier: Priority Shipping for Healthcare Products

Critical healthcare goods can bring patients new hope. But only if they arrive on time and intact. UPS Premier upgrades packages with advanced sensor-based logistics technology that ensures a priority lane in our network with highly specialized shipping, which provides enhanced visibility and control along the way.

Contact Our Experts >

## Priority shipping and sensor-based logistics solutions for critical healthcare shipments




- **Priority Shipping & Handling**
  Now small packages can get "white glove shipping services" normally reserved for specialty freight. Thanks to our sensor labeling system, your package will get priority handling at every node in the shipping network as well as preferred delivery services and proactive alerts.
- **Advanced Sensor-Based Shipment Tracking**
  Advanced RFID, mesh, or cellular sensor technology built into to our highly visible labeling system allow you to tailor your level of visibility services for the needs of each shipment.
- **Live 24/7 Monitoring**
  Live agents at our Command Center provide 24/7 monitoring and intervention services for your most critical shipments when you choose UPS Premier.
- **Advanced Recovery**
  Pre-configured handling instructions allow the UPS team to effectively locate your package and quickly take action on distressed shipments within the network, mitigating risk for even your most fragile payloads. We also offer insurance options to limit financial exposure.
- **Seamless Imports & Exports**
  When coupled with global brokerage capabilities, UPS Premier shipments move on a priority fast-lane across borders avoiding risk and potential delay.

Get Started >

## UPS Premier Technology Package Options

While all UPS Premier plans offer priority lane shipping, live monitoring, and risk mitigation, each offers a different level of sensor technology to protect your shipment.
*Services not available in all countries, please engage an expert to find out more.*

**PREMIER SILVER - RFID Sensor**

- Coverage: In network only
- Visibility: Point-in-time
- Precision: General Temp.
- Temp sensor technology: No
- Recovery: Configurable

**PREMIER GOLD - Mesh Network Sensor**

- Coverage: In network only
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: No
- Recovery: Configurable and expedited

**PREMIER PLATINUM - Cellular Sensor**

- Coverage: In or out of network
- Visibility: Real time
- Precision: Within 2 meters
- Temp. Sensors: Included
- Recovery: Configurable and expedited

# Frequently Asked Questions

**What do UPS® Premier Silver, Gold, and Platinum offer?**

UPS® Premier Silver uses RFID Sensor technology to provide point-in-time in-network visibility. Shipments get priority handling, near real-time monitoring, controlled product protection, same day redelivery and expedited recovery for shipments in our network.

UPS® Premier Gold uses Mesh Sensor technology to provide near real-time in-network visibility. Shipments get all the features of UPS Silver with enhanced visibility and the ability for 'next flight out.'

UPS® Premier Platinum, currently in beta, provides our strongest technology by utilizing cellular sensors to provide near real-time shipment tracking. UPS® Premier provides the features of UPS® Premier Gold as well as environmental sensors.

Contact our team to see which UPS Premier plan is best for your business.

**What technology is used in UPS Premier sensors?**

UPS Premier employs adaptable sensor-based technology that differs by service level to match your shipment's needs:

- **Silver**: RFID sensors for point-in-time in-network visibility.
- **Gold**: Mesh network sensors for near real-time, in-network visibility and enhanced precision (within 2 meters).
- **Platinum**: Cellular sensors for real-time visibility both in-network and out-of-network, featuring temperature monitoring for delicate shipments.

These sensors provide unparalleled visibility and precision to help protect the integrity of your patient's most critical products.

For further inquiries or customized solutions, contact a UPS Healthcare expert.

https://www.ups.com/us/en/healthcare/solutions/ups-premier;

https://www.ups.com/assets/resources/healthcare/media/UPS_Premier_Sales_Sheet.pdf

At UPS Healthcare, for example, *UPS® Premier* offers is a portfolio of service options supported by next-generation sensor and tracking technology — an express lane for critical healthcare shipments. Features include enhanced shipment visibility, real-time monitoring by a 24/7/365 control tower, and tech-enabled priority handling.

Networks within networks, like *UPS® Premier*, use scanners, bar codes, and tags (active and passive) to communicate shipment status. Think of it as an Internet of Packages. Shipments 'talk' with sensors and with technicians, relaying real-time temperature, location, time in transit, in-flight or ground trajectory, and other vital statistics.

The most advanced networks blend GPS and cellular, Bluetooth/WiFi, multi-radio/LoRa (a low-power, wide-area network protocol), and RFID (radio frequency identification) technologies to assure visibility and status of healthcare shipments.

https://www.ups.com/assets/resources/healthcare/media/UPSHC_Novel_GPS_Tracking_Tech.pdf

LOGISTICS REPORT

# New Technology is Taking Package Tracking Past Scanning

Smaller, robust labels are making tracking more precise by sending out location and other data




UPS affixes shipping labels with tracking tags to high-value packages to track their exact whereabouts. PHOTO: UNITED PARCEL SERVICE

Package delivery giant United Parcel Service UPS 0.08% ↓ sells a tracking service to healthcare companies that uses technology including RFID and cellular networks to track shipments within 10 feet of their locations.

https://www.wsj.com/articles/new-technology-is-taking-package-tracking-past-scanning-3c9a3cf1

UPS Healthcare heralds new features for UPS Premier offerings

**LM:** What are the main benefits of these enhancements for your shipper customers? What do they provide, or offer?

**Wheeler:** The global market for biologic therapeutic drugs is set to increase from $285.5 billion in 2020 to $421.8 billion by 2025. Innovations in biologics, specialty pharmaceuticals, and personalized medicine, like COVID-19 vaccines, are driving significant demand for precision logistics to support more patient-critical, time-and temperature-sensitive products. UPS® Premier allows our UPS Healthcare customers to prioritize their most important healthcare shipments as they move through the UPS network. Using multiple sensor technologies that have been integrated into UPS operations systems, we now offer global healthcare customers the visibility and control needed for their most critical shipments.

UPS Premier Silver offers 24/7 command center monitoring, prioritized handling within the UPS network, and enhanced recovery options for critical shipments. Each package label is embedded with an RFID sensor for enhanced visibility and transparency within the UPS global network.

UPS Premier Gold, the original offering, contains all the features of UPS Premier Silver but adds real-time visibility within 10 feet, enabled by a mesh sensor built into the package labeling. UPS Premier Gold also provides built-in service recovery features within the UPS global network.

Over the past two years, UPS Premier Gold service helped enable the delivery of more than 1.5 billion doses of COVID-19 vaccines around the world with near-perfect on-time delivery.

UPS Premier Platinum launches in the fall. It contains all the features of UPS Premier Gold and Silver using cellular and GPS tracking that can monitor the location within and outside of the UPS network. It also monitors the environment, essential for critical healthcare packages like patient-centric tissue samples, limited-inventory items, biologics, and vaccines that require temperature-controlled environments. In the meantime, UPS Healthcare offers a global GPS tracking device called 'Sentry' which has all of the capabilities of our new Platinum product. These devices are currently in use and are available for specialized shipments anywhere in the world.

https://www.logisticsmgmt.com/article/ups_healthcare_heralds_new_features_for_ups_premier_offerings;
https://www.mmh.com/article/ups_healthcare_heralds_new_features_for_ups_premier_offerings

92. Defendant knew of the '176 Patent or should have known of the '176 Patent, but was willfully blind to its existence. Additionally, Defendant has known of the '176 Patent since at least when it received a copy of this Complaint.

93. As a result of Defendant's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT III

(Defendant's Infringement of U.S. Patent No. 7,623,439)

94. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

95. The '439 Patent claims and teaches, *inter alia*, an improved signal transmitting system capable of manipulating OFDM data packets and data streams using improved cyclic

diversity schemes, thereby improving packet reception performance when compared to conventional packet diversity mechanisms by reducing packet error rates, among other benefits.

96. The inventions improved upon then-existing cyclic diversity schemes in wireless communication by enabling a cyclic diversity scheme by which a portion of an OFDM packet's symbol data is cyclically advanced into the guard interval with respect to the original OFDM signal and then each signal is sent to a receiver device at substantially the same time from two respective antennas. This allowed for improved acquisition and correlation at the receiver while at the same time keeping inter-symbol interference and unintentional beamforming to a minimum.

97. Unlike in prior art systems and methods, the cyclic diversity taught by the '439 Patent uses cyclic advancement as opposed to delay. Doing so substantially reduces the probability of unintentional beamforming.

98. More specifically, one exemplary embodiment comprises an improved cyclic diversity system in which a logic circuit is configured to cyclically advance samples of a symbol data portion of an OFDM packet to be transmitted on a first antenna, relative to the samples of a symbol data portion of another OFDM packet to be transmitted on another antenna. The duration of the cyclic advance is less than the duration of a guard interval portion of the OFDM packet. By using a cyclic advance as described above, the symbol data portions of the two different transmitted signals are better decorrelated, thus reducing the probability of unintentional beamforming. The performance of wireless networks is thereby improved by the technologies disclosed and claimed in the '439 Patent.

99. The systems and methods covered by the claims of the '439 Patent, therefore, differ markedly from prior art systems in use at the time of this invention, which lacked the claimed combination of cyclically advancing a first OFDM packet by shifting the samples in a first

direction an amount less than a sample duration of the guard interval portion to generate a shifted version of the first OFDM packet in which at least a non-zero number of samples from the symbol data portion of the first OFDM packet are shifted into the guard interval portion of the shifted version, and a same non-zero number of samples from the guard interval portion of the first OFDM packet are shifted out of the guard interval portion of the shifted version. And, further where both versions are substantially simultaneously transmitted.

100. Defendant has directly infringed and continues to directly infringe at least Claim 1 of the ’439 Patent by making, using, selling, offering for sale, and/or importing products and/or services covered by the ’439 Patent. Defendant’s products and/or services that infringe the ’439 Patent include all wireless communication products that support IEEE 802.11n, 802.11ac and 802.11ax, including the transmission of multiple spatial streams, which requires a cyclic diversity shift when transmitting OFDM packets, that are made, used, sold, or offered for sale by or on behalf of Defendant and/or its subsidiaries or parent companies (together, the “Accused ’439 Products”), including but not limited to, the DIAD 6. On information and belief, the DIAD 6 is a Honeywell-customized mobile computer designed specifically for UPS’s field delivery operations (*see* “DIAD 6 Charge Rack and Wireless Charge Rack Manual, Models CN85-CR and CN85-WCR” at https://fcc.report/FCC-ID/HD5-CX85WCR/4132594.pdf and “Handheld Bluetooth SOM Honeywell International Inc.” at https://device.report/honeywell/cn85). It is built on the Dolphin CN80 platform, with UPS using the CN85 model, leveraging advanced hardware like the Qualcomm Snapdragon 660 processor (*see* https://prod-edam.honeywell.com/content/dam/honeywell-edam/sps/ppr/en-gb/localized/data-sheets/sps-ppr-dolphin-cn80-handheld-computer-data-sheet-en-a4.pdf and

https://aurasystem.net/product/honeywell-cn85-handheld-computer/) to meet the demanding needs of logistics environments.

101. Claim 1 of the '439 Patent is reproduced below:

> *1. A method for transmitting orthogonal frequency division multiplexing (OFDM) signals comprising:*
>
> *generating a first OFDM packet for transmission including a guard interval portion and a symbol data portion each comprised of a plurality of samples;*
>
> *cyclically advancing the first OFDM packet by shifting the samples in a first direction an amount less than a sample duration of the guard interval portion to generate a shifted version of the first OFDM packet for transmission in which at least a non-zero number of the samples from the symbol data portion of the first OFDM packet are shifted into the guard interval portion of the shifted version and a same non-zero number of samples from the guard interval portion of the first OFDM packet are shifted out of the guard interval portion of the shifted version; and*
>
> *substantially simultaneously transmitting the first OFDM packet and the shifted version of the OFDM packet.*

102. The Accused '439 Products are configured to perform a method for transmitting OFDM signals. As an example, the DIAD 6 supports the IEEE 802.11n standard, including the transmission of multiple spatial streams, which requires a forward shift diversity feature for transmitting OFDM signals:

# CN80

**Rugged Mobile computer**

**Logistics, warehouse, and field mobility organizations alike are transitioning from devices built on Windows® to devices built on Android™ and from keypad-centric devices to full touchscreens. But many legacy applications have not yet been updated for this new touch-centric world and for many use cases, keys remain essential for data capture.**

Fortunately, there's one ultra-rugged mobile computer that helps bridge the gap. The CN80 mobile computer offers both a large touchscreen and a choice of numeric or QWERTY keypad, allowing users to pick the best input method for their environment today, and also be ready for the touch-centric applications of the future.



android enterprise recommended

*Built on the Honeywell Mobility Edge platform and Android, the ultra-rugged CN80 mobile computer combines touchscreen and keypad data input, real-time connectivity, and advanced data capture for industry-leading investment protection.*

## CN80 Technical Specifications

**SYSTEM ARCHITECTURE**

**Processor:** 2.2 GHz Qualcomm® Snapdragon™ 660 octa-core

**Operating System:** Each Android version guaranteed from 7.1 to at least 11/R, committed support for Android 12 and 13 pending feasibility

**Memory:** 3 GB/4 GB RAM, 32 GB Flash

**Camera:** 13.0-megapixel color camera with autofocus and advanced software features for better image quality

**Audio:** Speaker, T3/M3 HAC-compliant, dual microphone support with noise cancellation. PTT support and Bluetooth® wireless headset support

**I/O Ports:** Custom durable I/O connector

**WARRANTY**

One-year factory warranty

**ACCESSORIES**

One-bay and four-bay desktop charging/com cradles

Vehicle cradles and holders

Wireless charging vehicle cradle

Snap-on communication/ charging adapters

Removable scan handle, various carrying devices

**MECHANICAL**

**Dimensions (L x W x H):**

**N6603ER Version:** 20.4 cm x 7.8 cm x

**WLAN:** IEEE 802.11 a/b/g/n/ac; Wi-Fi certified 2x2 MIMO support

**Additional WLAN Features:** 802.11 d/e/h/i/ k/r/w (mc with Android P)

**WLAN Security:** OPEN, WEP, WPA/WPA2 (Personal and Enterprise)

**Supported EAP:** TLS, PEAP, TTLS, PWD, FAST, LEAP CCX Version 4 certified

**Bluetooth:** Class 1.5 V5.0 Bluetooth and BLE

**Bluetooth Profiles:** HFP, PBAP, A2DP, AVRCP, OPP, SPP, GATT

**NFC:** Integrated Near Field Communication

**Zigbee:** Integrated Zigbee 3.0 radio

https://prod-edam.honeywell.com/content/dam/honeywell-edam/sps/ppr/en-us/public/products/mobile-computers/handheld-computers/cn80/documents/sps-ppr-dolphin-cn80-handheld-computer-data-sheet-en.pdf?download=false

## Honeywell CN85 Handheld Computer

Shop > Honeywell CN85 Handheld Computer




### Honeywell CN85 Handheld Computer

Specifications

| SYSTEM ARCHITECTURE | |
|---|---|
| Processor: | 2.2 GHz Qualcomm® Snapdragon™ 660 octa-core |
| Operating System: | Each Android version guaranteed from 7.1 to at least 11/R, committed support for Android 12 and 13 pending feasibility |
| Memory: | 3 GB/4 GB RAM, 32 GB Flash |

Enquire Now

| | |
|---|---|
| WLAN: | IEEE 802.11 a/b/g/n/ac; Wi-Fi certified 2×2 MIMO support |
| Additional WLAN Features: | 802.11 d/e/h/i/k/r/w (mc with Android P) |
| WLAN Security: | OPEN, WEP, WPA/WPA2 |
| | (Personal and Enterprise) |
| Supported EAP: | TLS, PEAP, TTLS, PWD,FAST, LEAP CCX Version 4 certified |
| Bluetooth: | Class 1.5 V5.0 Bluetooth and BLE |

https://aurasystem.net/product/honeywell-cn85-handheld-computer/




Source: IEEE 802.11-2012.

# 20. High Throughput (HT) PHY specification

## 20.1 Introduction

### 20.1.1 Introduction to the HT PHY

Clause 20 specifies the PHY entity for a high throughput (HT) orthogonal frequency division multiplexing (OFDM) system.

In addition to the requirements found in Clause 20, an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:

— In Clause 18 when the HT STA is operating in a 20 MHz channel width in the 5 GHz band

— In Clause 17 and Clause 19 when the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band

The HT PHY is based on the OFDM PHY defined in Clause 18, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth).

The HT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), or 64-QAM. Forward error correction (FEC) coding (convolutional coding) is used with a coding rate of 1/2, 2/3, 3/4, or 5/6. LDPC codes are added as an optional feature.

<u>Source</u>: IEEE Std 802.11-2012, p. 1669.

### 20.1.2 Scope

The services provided to the MAC by the HT PHY consist of two protocol functions, defined as follows:

a) A PHY convergence function, which adapts the capabilities of the physical medium dependent (PMD) system to the PHY service. This function is supported by the physical layer convergence procedure (PLCP), which defines a method of mapping the PSDUs into a framing format (PPDU) suitable for sending and receiving PSDUs between two or more STAs using the associated PMD system.

<u>Source</u>: IEEE Std 802.11-2012, p. 1669.

### 20.1.4 PPDU formats

The structure of the PPDU transmitted by an HT STA is determined by the TXVECTOR FORMAT, CH_BANDWIDTH, CH_OFFSET, and MCS parameters as defined in Table 20-1. The effect of the CH_BANDWIDTH, CH_OFFSET, and MCS parameters on PPDU format is described in 20.2.3.

The FORMAT parameter determines the overall structure of the PPDU as follows:

— *Non-HT format* **(NON_HT)**: Packets of this format are structured according to the Clause 18 (OFDM) or Clause 19 (ERP) specification. Support for non-HT format is mandatory.

— *HT-mixed format* **(HT_MF)**: Packets of this format contain a preamble compatible with Clause 18 and Clause 19 receivers. The non-HT-STF (L-STF), the non-HT-LTF (L-LTF), and the non-HT SIGNAL field (L-SIG) are defined so they can be decoded by non-HT Clause 18 and Clause 19 STAs. The rest of the packet cannot be decoded by Clause 18 or Clause 19 STAs. Support for HT-mixed format is mandatory.

— *HT-greenfield format* **(HT_GF)**: HT packets of this format do not contain a non-HT compatible part. Support for HT-greenfield format is optional. An HT STA that does not support the reception of an HT-greenfield format packet shall be able to detect that an HT-greenfield format packet is an HT transmission (as opposed to a non-HT transmission). In this case, the receiver shall decode the HT-SIG and determine whether the HT-SIG cyclic redundancy check (CRC) passes.

<u>Source</u>: IEEE Std. 802.11-2012, pp. 1669-70.




**Figure 20-1—PPDU format**

Source: IEEE Std. 802.11-2012, p. 1682.

> The HT portion of the HT-mixed format preamble enables estimation of the MIMO channel to support demodulation of the HT data by HT STAs. The HT portion of the HT-mixed format preamble also includes the HT-SIG field, which supports HT operation. The SERVICE field is prepended to the PSDU.

Source: IEEE Std. 802.11-2012, p. 1682.




Figure 20-22—PLCP transmit procedure (HT-mixed format PPDU)

Source: IEEE Std. 802.11-2012, p. 1748.

103. The method practiced by the Accused ’439 Products includes generating a first OFDM packet for transmission including a guard interval portion and a symbol data portion each comprised of a plurality of samples. For instance, the 802.11 transmitter in the Accused ’439 Products creates an OFDM packet, known as a high-throughput signal (“HT-SIG”) OFDM packet, which includes a symbol data portion comprised of a plurality of samples and a guard interval portion comprised of a plurality of samples as seen below:

# 20. High Throughput (HT) PHY specification

## 20.1 Introduction

### 20.1.1 Introduction to the HT PHY

Clause 20 specifies the PHY entity for a high throughput (HT) orthogonal frequency division multiplexing (OFDM) system.

In addition to the requirements found in Clause 20, an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:

— In Clause 18 when the HT STA is operating in a 20 MHz channel width in the 5 GHz band

— In Clause 17 and Clause 19 when the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band

The HT PHY is based on the OFDM PHY defined in Clause 18, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth).

The HT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), or 64-QAM. Forward error correction (FEC) coding (convolutional coding) is used with a coding rate of 1/2, 2/3, 3/4, or 5/6. LDPC codes are added as an optional feature.

Source: IEEE Std 802.11-2012, p. 1669.

### 20.1.2 Scope

The services provided to the MAC by the HT PHY consist of two protocol functions, defined as follows:

a) A PHY convergence function, which adapts the capabilities of the physical medium dependent (PMD) system to the PHY service. This function is supported by the physical layer convergence procedure (PLCP), which defines a method of mapping the PSDUs into a framing format (PPDU) suitable for sending and receiving PSDUs between two or more STAs using the associated PMD system.

Source: IEEE Std 802.11-2012, p. 1669.

### 20.1.4 PPDU formats

The structure of the PPDU transmitted by an HT STA is determined by the TXVECTOR FORMAT, CH_BANDWIDTH, CH_OFFSET, and MCS parameters as defined in Table 20-1. The effect of the CH_BANDWIDTH, CH_OFFSET, and MCS parameters on PPDU format is described in 20.2.3.

The FORMAT parameter determines the overall structure of the PPDU as follows:

— *Non-HT format* **(NON_HT)**: Packets of this format are structured according to the Clause 18 (OFDM) or Clause 19 (ERP) specification. Support for non-HT format is mandatory.

— *HT-mixed format* **(HT_MF)**: Packets of this format contain a preamble compatible with Clause 18 and Clause 19 receivers. The non-HT-STF (L-STF), the non-HT-LTF (L-LTF), and the non-HT SIGNAL field (L-SIG) are defined so they can be decoded by non-HT Clause 18 and Clause 19 STAs. The rest of the packet cannot be decoded by Clause 18 or Clause 19 STAs. Support for HT-mixed format is mandatory.

— *HT-greenfield format* **(HT_GF)**: HT packets of this format do not contain a non-HT compatible part. Support for HT-greenfield format is optional. An HT STA that does not support the reception of an HT-greenfield format packet shall be able to detect that an HT-greenfield format packet is an HT transmission (as opposed to a non-HT transmission). In this case, the receiver shall decode the HT-SIG and determine whether the HT-SIG cyclic redundancy check (CRC) passes.

Source: IEEE Std. 802.11-2012, p. 1669-70.




**Figure 20-1—PPDU format**

Source: IEEE Std. 802.11-2012, p. 1682.

> The HT portion of the HT-mixed format preamble enables estimation of the MIMO channel to support demodulation of the HT data by HT STAs. The HT portion of the HT-mixed format preamble also includes the HT-SIG field, which supports HT operation. The SERVICE field is prepended to the PSDU.

Source: IEEE Std. 802.11-2012, p. 1682.




Figure 20-22—PLCP transmit procedure (HT-mixed format PPDU)

Source: IEEE Std. 802.11-2012, p. 1748.




**Figure 18-2—Illustration of OFDM frame with cyclic extension and windowing for (a) single reception or (b) two receptions of the FFT period**

Source: IEEE Std. 802.11-2012, p. 1592.

| | |
|---|---|
| $T_{FFT}$: Inverse Fast Fourier Transform (IFFT) / Fast Fourier Transform (FFT) period | 3.2 μs ($1/\Delta_F$) |
| $T_{SIGNAL}$: Duration of the SIGNAL BPSK-OFDM symbol | 4.0 μs ($T_{GI} + T_{FFT}$) |
| $T_{GI}$: GI duration | 0.8 μs ($T_{FFT}/4$) |

Source: IEEE Std. 802.11-2012, pp. 1590-91.

**20.3.9.4.3 HT-SIG definition**

The HT-SIG is used to carry information required to interpret the HT packet formats. The fields of the HT-SIG are described in Table 20-11.

**Table 20-11—HT-SIG fields**

| Field | Number of bits | Explanation and coding |
|---|---|---|
| Modulation and Coding Scheme | 7 | Index into the MCS table. See NOTE 1. |
| CBW 20/40 | 1 | Set to 0 for 20 MHz or 40 MHz upper/lower. Set to 1 for 40 MHz. |
| HT Length | 16 | The number of octets of data in the PSDU in the range of 0 to 65 535. |







Source: IEEE Std. 802.11-2012, pp. 1682, 1748, 1699.

The HT-SIG is composed of two parts, $HT\text{-}SIG_1$ and $HT\text{-}SIG_2$, each containing 24 bits, as shown in Figure 20-6. All the fields in the HT-SIG are transmitted LSB first, and $HT\text{-}SIG_1$ is transmitted before $HT\text{-}SIG_2$.

The HT-SIG parts shall be encoded at R = 1/2, interleaved, and mapped to a BPSK constellation, and they have pilots inserted following the steps described in 18.3.5.6, 18.3.5.7, 18.3.5.8, and 18.3.5.9, respectively. The BPSK constellation is rotated by 90° relative to the L-SIG in order to accommodate detection of the start of the HT-SIG. The stream of 96 complex numbers generated by these steps is divided into two groups of 48 complex numbers: $d_{k,n}$, $0 \le k \le 47$, $n = 0, 1$. The time domain waveform for the HT-SIG in an HT-mixed format packet in a 20 MHz transmission shall be as shown in Equation (20-16).

$$r_{HT-SIG}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{HT-SIG}^{Tone}}} \sum_{n=0}^{1} w_{T_{SYM}}(t - nT_{SYM}) \cdot \sum_{k=-26}^{26} (jD_{k,n} + p_{n+1}P_k) \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{TX}})) \qquad (20\text{-}16)$$

Source: IEEE Std. 802.11-2012, p. 1700.

### 18.3.2.6 Discrete time implementation considerations

The following descriptions of the discrete time implementation are informational.

In a typical implementation, the windowing function is represented in discrete time. As an example, when a windowing function with parameters T = 4.0 µs and a $T_{TR}$ = 100 ns is applied, and the signal is sampled at 20 Msample/s, it becomes

$$w_T[n] = w_T(nT_S) = \begin{Bmatrix} 1 & 1 \le n \le 79 \\ 0.5 & 0, 80 \\ 0 & otherwise \end{Bmatrix} \qquad (18\text{-}5)$$

Source: IEEE Std. 802.11-2012, p. 1593.

Figure 20-2 and Figure 20-3 show example transmitter block diagrams. In particular, Figure 20-2 shows the transmitter blocks used to generate the HT-SIG of the HT-mixed format PPDU. These transmitter blocks are




**Figure 20-2—Transmitter block diagram 1**

Source: IEEE Std. 802.11-2012, pp. 1684-85.

### 20.3.3 Transmitter block diagram

HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks:

a) *Scrambler* scrambles the data to reduce the probability of long sequences of 0s or 1s; see 20.3.11.3.

b) *Encoder parser*, if BCC encoding is to be used, demultiplexes the scrambled bits among $N_{ES}$ (number of BCC encoders for the Data field) BCC encoders, in a round robin manner.

c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include an LDPC encoder.

d) *Stream parser* divides the outputs of the encoders into blocks that are sent to different interleaver and mapping devices. The sequence of the bits sent to an interleaver is called a *spatial stream*.

e) *Interleaver* interleaves the bits of each spatial stream (changes order of bits) to prevent long sequences of adjacent noisy bits from entering the BCC decoder. Interleaving is applied only when BCC encoding is used.

f) *Constellation mapper* maps the sequence of bits in each spatial stream to constellation points (complex numbers).

g) *STBC* encoder spreads constellation points from $N_{SS}$ spatial streams into $N_{STS}$ space-time streams using a space-time block code. STBC is used only when $N_{SS} < N_{STS}$; see 20.3.11.9.2.

h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:
   1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).
   2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.
   3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.

i) *Inverse discrete Fourier transform (IDFT)* converts a block of constellation points to a time domain block.

Source: IEEE Std. 802.11-2012, pp. 1683-84.

104. The method practiced by the Accused ’439 Products includes cyclically advancing the first OFDM packet by shifting the samples in a first direction an amount less than a sample duration of the guard interval portion to generate a shifted version of the first OFDM packet for transmission. For example, the Accused ’439 Products cyclically shift the symbol data portion of the HT_SIG by -200 ns up to -50 ns, which is less than its guard interval’s total length of 0.8 μs, to generate a shifted version for transmission as seen below:

**20.3.3 Transmitter block diagram**

HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks:

a) *Scrambler* scrambles the data to reduce the probability of long sequences of 0s or 1s; see 20.3.11.3.

b) *Encoder parser*, if BCC encoding is to be used, demultiplexes the scrambled bits among $N_{ES}$ (number of BCC encoders for the Data field) BCC encoders, in a round robin manner.

c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include an LDPC encoder.

d) *Stream parser* divides the outputs of the encoders into blocks that are sent to different interleaver and mapping devices. The sequence of the bits sent to an interleaver is called a *spatial stream*.

e) *Interleaver* interleaves the bits of each spatial stream (changes order of bits) to prevent long sequences of adjacent noisy bits from entering the BCC decoder. Interleaving is applied only when BCC encoding is used.

f) *Constellation mapper* maps the sequence of bits in each spatial stream to constellation points (complex numbers).

g) *STBC* encoder spreads constellation points from $N_{SS}$ spatial streams into $N_{STS}$ space-time streams using a space-time block code. STBC is used only when $N_{SS} < N_{STS}$; see 20.3.11.9.2.

h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:
   1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).
   2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.
   3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.

i) *Inverse discrete Fourier transform (IDFT)* converts a block of constellation points to a time domain block.

Source: IEEE Std. 802.11-2012, pp. 1683-84.




**Figure 20-2—Transmitter block diagram 1**

Source: IEEE Std. 802.11-2012, p. 1685.

### 20.3.9.3.2 Cyclic shift definition

The cyclic shift values defined in this subclause apply to the non-HT fields in the HT-mixed format preamble and the HT-SIG in the HT-mixed format preamble.

Cyclic shifts are used to prevent unintentional beamforming when the same signal or scalar multiples of one signal are transmitted through different spatial streams or transmit chains. A cyclic shift of duration $T_{CS}$ on a signal $s(t)$ on interval $0 \le t \le T$ is defined as follows, where $T$ is defined as $T_{DFT}$ as referenced in Table 20-6.

With $T_{CS} \le 0$, replace $s(t)$ with $s(t - T_{CS})$ when $0 \le t < T + T_{CS}$ and with $s(t - T_{CS} - T)$ when $T + T_{CS} \le t \le T$. The cyclic-shifted signal is defined as shown in Equation (20-7).

$$s_{CS}(t;T_{CS})\big|_{T_{CS}<0} = \begin{cases} s(t - T_{CS}) & 0 \le t < T + T_{CS} \\ s(t - T_{CS} - T) & T + T_{CS} \le t \le T \end{cases} \quad (20\text{-}7)$$

The cyclic shift is applied to each OFDM symbol in the packet separately. Table 20-9 specifies the values for the cyclic shifts that are applied in the L-STF (in an HT-mixed format packet), the L-LTF, and L-SIG. It also applies to the HT-SIG in an HT-mixed format packet.

Source: IEEE Std. 802.11-2012, pp. 1694-95.

**Table 20-9—Cyclic shift for non-HT portion of packet**

| $T_{CS}^{i_{TX}}$ values for non-HT portion of packet | | | | |
|---|---|---|---|---|
| Number of transmit chains | Cyclic shift for transmit chain 1 (ns) | Cyclic shift for transmit chain 2 (ns) | Cyclic shift for transmit chain 3 (ns) | Cyclic shift for transmit chain 4 (ns) |
| 1 | 0 | — | — | — |
| 2 | 0 | –200 | — | — |
| 3 | 0 | –100 | –200 | — |
| 4 | 0 | –50 | –100 | –150 |

Source: IEEE Std. 802.11-2012, p. 1695.

**Table 20-5—Timing-related constants *(continued)***

| | |
|---|---|
| $T_{DFT}$: IDFT/DFT period | 3.2 µs |
| $T_{GI}$: Guard interval duration | 0.8 µs= $T_{DFT}$/4 |

Source: IEEE Std. 802.11n-2009, p. 266.

**20.3.4 Overview of the PPDU encoding process**

The encoding process is composed of the steps described below. The following overview is intended to facilitate an understanding of the details of the convergence procedure:

b) Construct the PLCP preamble SIGNAL fields from the appropriate fields of the TXVECTOR by adding tail bits, applying convolutional coding, formatting into one or more OFDM symbols, applying cyclic shifts, applying spatial processing, calculating an inverse Fourier transform for each OFDM symbol and transmit chain, and prepending a cyclic prefix or GI to each OFDM symbol in each transmit chain. The number and placement of the PLCP preamble SIGNAL fields depend on the frame format being used. Refer to 20.3.9.3.5, 20.3.9.4.3, and 20.3.9.5.4.

r) For each group of $N_{ST}$ subcarriers and each of the $N_{TX}$ transmit chains, convert the subcarriers to time domain using IDFT. Prepend to the Fourier-transformed waveform a circular extension of itself, thus forming a GI, and truncate the resulting periodic waveform to a single OFDM symbol length by applying time domain windowing. Determine the length of the GI according to the GI_TYPE parameter of the TXVECTOR. Refer to 20.3.11.11 and 20.3.11.12 for details. When beamforming is not used, it is sometimes possible to implement the cyclic shifts in the time domain.

Source: IEEE Std. 802.11-2012, pp. 1684, 1688.

# The Cyclic Prefix for OFDM

In a previous post, we have elaborated about the building blocks of OFDM.

There, we have stated two benefits of using a cyclic prefix between subsequent OFDM symbols:

- The CP isolates different OFDM blocks from each other when the wireless channel contains multiple paths, i.e. is frequency-selective.
- The CP turns the linear convolution with the channel into a circular convolution. Only with a circular convolution, we can use the single-tap equalization OFDM is so famous for.

As we see, the CP of an OFDM symbol is obtained by prepending a copy of the last $N_{CP}$ samples from the end of the OFDM signal to its beginning. This way we obtain a circular signal structure, i.e. the first $N_{CP}$ and last $N_{CP}$ samples are equal in each OFDM symbol.




In the above figure, we see two subsequent OFDM symbols, each having a dedicated CP. The colors encode the signal value. The cyclic prefix at the beginning of each OFDM symbol shows a copy of the color of end of the OFDM symbol. When the signal is demodulated, the N-point FFT is taken at the position after the CP, which is indicated with *FFT window*.

https://dspillustrations.com/pages/posts/misc/the-cyclic-prefix-cp-in-ofdm.html.

The HT-SIG is composed of two parts, $HT\text{-}SIG_1$ and $HT\text{-}SIG_2$, each containing 24 bits, as shown in Figure 20-6. All the fields in the HT-SIG are transmitted LSB first, and $HT\text{-}SIG_1$ is transmitted before $HT\text{-}SIG_2$.

The HT-SIG parts shall be encoded at R = 1/2, interleaved, and mapped to a BPSK constellation, and they have pilots inserted following the steps described in 18.3.5.6, 18.3.5.7, 18.3.5.8, and 18.3.5.9, respectively. The BPSK constellation is rotated by 90° relative to the L-SIG in order to accommodate detection of the start of the HT-SIG. The stream of 96 complex numbers generated by these steps is divided into two groups of 48 complex numbers: $d_{k,n}$, $0 \le k \le 47, n = 0, 1$. The time domain waveform for the HT-SIG in an HT-mixed format packet in a 20 MHz transmission shall be as shown in Equation (20-16).

$$r_{HT-SIG}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{HT-SIG}^{Tone}}} \sum_{n=0}^{1} w_{T_{SYM}}(t - nT_{SYM}) \cdot \sum_{k=-26}^{26} (jD_{k,n} + p_{n+1}P_k)\exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{TX}})) \quad (20\text{-}16)$$

where

$$D_{k,n} = \begin{cases} 0, & k = 0, \pm 7, \pm 21 \\ d_{M^r(k),n}, & \text{otherwise} \end{cases}$$

$M^r(k)$ is defined in 20.3.9.3

$P_k$ and $p_n$ are defined in 18.3.5.10

$N_{HT-SIG}^{Tone}$ has the value given in Table 20-8

$T_{CS}^{i_{TX}}$ represents the cyclic shift for transmit chain $i_{TX}$ and is defined by Table 20-9 for HT-mixed format PPDUs.

Source: IEEE Std. 802.11-2012, pp. 1700-01.

| | | | |
|---|---|---|---|
| $T_{GI2}$: Double guard interval | 1.6 µs | 1.6 µs | 1.6 µs |

Source: IEEE Std. 802.11-2012, p. 1689.

105. In the method practiced by the Accused ’439 Products, a number of samples from the symbol data portion of the first OFDM packet are shifted into the guard interval portion of the shifted version of the first OFDM packet, and the same number of samples from the guard interval

portion of the first OFDM packet are shifted out of the guard interval portion of the shifted version of the first OFDM packet. For example, the Accused '439 Products cyclically advance the number of samples corresponding to the time duration of $|T_{CS}|$ out of the symbol portion of the shifted OFDM packet and into the guard interval portion of the packet, while the same number of samples corresponding to the time duration of $|T_{CS}|$ are shifted out of the guard interval portion of the shifted OFDM packet, as illustrated below:

**20.3.3 Transmitter block diagram**

HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks:

a) *Scrambler* scrambles the data to reduce the probability of long sequences of 0s or 1s; see 20.3.11.3.
b) *Encoder parser*, if BCC encoding is to be used, demultiplexes the scrambled bits among $N_{ES}$ (number of BCC encoders for the Data field) BCC encoders, in a round robin manner.
c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include an LDPC encoder.
d) *Stream parser* divides the outputs of the encoders into blocks that are sent to different interleaver and mapping devices. The sequence of the bits sent to an interleaver is called a *spatial stream*.
e) *Interleaver* interleaves the bits of each spatial stream (changes order of bits) to prevent long sequences of adjacent noisy bits from entering the BCC decoder. Interleaving is applied only when BCC encoding is used.
f) *Constellation mapper* maps the sequence of bits in each spatial stream to constellation points (complex numbers).
g) *STBC* encoder spreads constellation points from $N_{SS}$ spatial streams into $N_{STS}$ space-time streams using a space-time block code. STBC is used only when $N_{SS} < N_{STS}$; see 20.3.11.9.2.

h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:
   1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).
   2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.
   3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.
i) *Inverse discrete Fourier transform (IDFT)* converts a block of constellation points to a time domain block.

Source: IEEE Std. 802.11-2012, pp. 1683-84.




**Figure 20-2—Transmitter block diagram 1**

Source: IEEE Std. 802.11-2012, p. 1685.

**20.3.9.3.2 Cyclic shift definition**

The cyclic shift values defined in this subclause apply to the non-HT fields in the HT-mixed format preamble and the HT-SIG in the HT-mixed format preamble.

Cyclic shifts are used to prevent unintentional beamforming when the same signal or scalar multiples of one signal are transmitted through different spatial streams or transmit chains. A cyclic shift of duration $T_{CS}$ on a signal $s(t)$ on interval $0 \leq t \leq T$ is defined as follows, where $T$ is defined as $T_{DFT}$ as referenced in Table 20-6.

With $T_{CS} \leq 0$, replace $s(t)$ with $s(t - T_{CS})$ when $0 \leq t < T + T_{CS}$ and with $s(t - T_{CS} - T)$ when $T + T_{CS} \leq t \leq T$. The cyclic-shifted signal is defined as shown in Equation (20-7).

$$s_{CS}(t;T_{CS})\big|_{T_{CS}<0} = \begin{cases} s(t - T_{CS}) & 0 \leq t < T + T_{CS} \\ s(t - T_{CS} - T) & T + T_{CS} \leq t \leq T \end{cases} \qquad (20\text{-}7)$$

The cyclic shift is applied to each OFDM symbol in the packet separately. Table 20-9 specifies the values for the cyclic shifts that are applied in the L-STF (in an HT-mixed format packet), the L-LTF, and L-SIG. It also applies to the HT-SIG in an HT-mixed format packet.

Source: IEEE Std. 802.11-2012, pp. 1694-95.

Table 20-9—Cyclic shift for non-HT portion of packet

| $T_{CS}^{i_{TX}}$ values for non-HT portion of packet | | | | |
|---|---|---|---|---|
| Number of transmit chains | Cyclic shift for transmit chain 1 (ns) | Cyclic shift for transmit chain 2 (ns) | Cyclic shift for transmit chain 3 (ns) | Cyclic shift for transmit chain 4 (ns) |
| 1 | 0 | — | — | — |
| 2 | 0 | –200 | — | — |
| 3 | 0 | –100 | –200 | — |
| 4 | 0 | –50 | –100 | –150 |

Source: IEEE Std. 802.11-2012, p. 1695.

Table 20-5—Timing-related constants *(continued)*

| | |
|---|---|
| $T_{DFT}$: IDFT/DFT period | 3.2 µs |
| $T_{GI}$: Guard interval duration | 0.8 µs= $T_{DFT}/4$ |

Source: IEEE Std. 802.11n-2009, p. 266.

### 20.3.4 Overview of the PPDU encoding process

The encoding process is composed of the steps described below. The following overview is intended to facilitate an understanding of the details of the convergence procedure:

b) Construct the PLCP preamble SIGNAL fields from the appropriate fields of the TXVECTOR by adding tail bits, applying convolutional coding, formatting into one or more OFDM symbols, applying cyclic shifts, applying spatial processing, calculating an inverse Fourier transform for each OFDM symbol and transmit chain, and prepending a cyclic prefix or GI to each OFDM symbol in each transmit chain. The number and placement of the PLCP preamble SIGNAL fields depend on the frame format being used. Refer to 20.3.9.3.5, 20.3.9.4.3, and 20.3.9.5.4.

r) For each group of $N_{ST}$ subcarriers and each of the $N_{TX}$ transmit chains, convert the subcarriers to time domain using IDFT. Prepend to the Fourier-transformed waveform a circular extension of itself, thus forming a GI, and truncate the resulting periodic waveform to a single OFDM symbol length by applying time domain windowing. Determine the length of the GI according to the GI_TYPE parameter of the TXVECTOR. Refer to 20.3.11.11 and 20.3.11.12 for details. When beamforming is not used, it is sometimes possible to implement the cyclic shifts in the time domain.

Source: IEEE Std. 802.11-2012, pp. 1684, 1688.

# The Cyclic Prefix for OFDM

In a previous post, we have elaborated about the building blocks of OFDM.

There, we have stated two benefits of using a cyclic prefix between subsequent OFDM symbols:

- The CP isolates different OFDM blocks from each other when the wireless channel contains multiple paths, i.e. is frequency-selective.
- The CP turns the linear convolution with the channel into a circular convolution. Only with a circular convolution, we can use the single-tap equalization OFDM is so famous for.

As we see, the CP of an OFDM symbol is obtained by prepending a copy of the last $N_{CP}$ samples from the end of the OFDM signal to its beginning. This way we obtain a circular signal structure, i.e. the first $N_{CP}$ and last $N_{CP}$ samples are equal in each OFDM symbol.




In the above figure, we see two subsequent OFDM symbols, each having a dedicated CP. The colors encode the signal value. The cyclic prefix at the beginning of each OFDM symbol shows a copy of the color of end of the OFDM symbol. When the signal is demodulated, the N-point FFT is taken at the position after the CP, which is indicated with *FFT window*.

https://dspillustrations.com/pages/posts/misc/the-cyclic-prefix-cp-in-ofdm.html.

The HT-SIG is composed of two parts, $\text{HT-SIG}_1$ and $\text{HT-SIG}_2$, each containing 24 bits, as shown in Figure 20-6. All the fields in the HT-SIG are transmitted LSB first, and $\text{HT-SIG}_1$ is transmitted before $\text{HT-SIG}_2$.

The HT-SIG parts shall be encoded at R = 1/2, interleaved, and mapped to a BPSK constellation, and they have pilots inserted following the steps described in 18.3.5.6, 18.3.5.7, 18.3.5.8, and 18.3.5.9, respectively. The BPSK constellation is rotated by 90° relative to the L-SIG in order to accommodate detection of the start of the HT-SIG. The stream of 96 complex numbers generated by these steps is divided into two groups of 48 complex numbers: $d_{k,n}$, $0 \le k \le 47$, $n = 0, 1$. The time domain waveform for the HT-SIG in an HT-mixed format packet in a 20 MHz transmission shall be as shown in Equation (20-16).

$$r_{HT-SIG}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{HT-SIG}^{Tone}}} \sum_{n=0}^{1} w_{T_{SYM}}(t - nT_{SYM}) \cdot \sum_{k=-26}^{26} (jD_{k,n} + p_{n+1}P_k) \exp(j2\pi k \Delta_F (t - nT_{SYM} - T_{GI} - T_{CS}^{i_{TX}})) \tag{20-16}$$

where

$$D_{k,n} = \begin{cases} 0, k = 0, \pm 7, \pm 21 \\ d_{M^r(k),n}, \text{ otherwise} \end{cases}$$

$M^r(k)$ is defined in 20.3.9.3

$P_k$ and $p_n$ are defined in 18.3.5.10

$N_{HT-SIG}^{Tone}$ has the value given in Table 20-8

$T_{CS}^{i_{TX}}$ represents the cyclic shift for transmit chain $i_{TX}$ and is defined by Table 20-9 for HT-mixed format PPDUs.

Source: IEEE Std. 802.11-2012, pp. 1700-01.

| | | | |
|---|---|---|---|
| $T_{GI2}$: Double guard interval | 1.6 µs | 1.6 µs | 1.6 µs |

Source: IEEE Std. 802.11-2012, p. 1689.

### 2.7.4 Mixed Mode Preamble

The mixed mode preamble is needed for compatibility with IEEE 802.11a/g. It starts with the 802.11a/g preamble. The 802.11n mixed mode preamble for two spatial streams is shown in Figure 2.34. The legacy short training field (L-STF) is identical to 802.11a/g except that different transmitters use different cyclic delays (CDs). This also applies to the legacy long training field (L-LTF). The STFs from different transmitters have low cross-correlation. For example, a CD of −400 ns (or a cyclic advance of 400 ns) minimizes correlation between two different transmitted short symbols. The L-STF uses a CD of only −200 ns for two transmitters, since legacy 802.11a/g receivers may not be able to cope with larger CD values.

Source: B. Bing, Broadband Wireless Multimedia Networks, Wiley, 2013, p. 120.

With $T_{CS} \le 0$, replace $s(t)$ with $s(t - T_{CS})$ when $0 \le t < T + T_{CS}$ and with $s(t - T_{CS} - T)$ when $T + T_{CS} \le t \le T$. The cyclic-shifted signal is defined as shown in Equation (20-7).

$$s_{CS}(t;T_{CS})\big|_{T_{CS}<0} = \begin{cases} s(t - T_{CS}) & 0 \le t < T + T_{CS} \\ s(t - T_{CS} - T) & T + T_{CS} \le t \le T \end{cases} \quad (20\text{-}7)$$

106. The method practiced by the Accused ’439 Products includes substantially simultaneously transmitting the first OFDM packet and the shifted version of the OFDM packet.

For example, the signals transmitted from different transmit chains are aligned and synchronized in the time domain, as seen below:

Figure 20-2 and Figure 20-3 show example transmitter block diagrams. In particular, Figure 20-2 shows the transmitter blocks used to generate the HT-SIG of the HT-mixed format PPDU.




**Figure 20-2—Transmitter block diagram 1**

<u>Source</u>: IEEE Std. 802.11-2012, pp. 1684-85.

## Radio Chains

Between the operating system and antenna, an 802.11 radio interface has to perform several tasks. When transmitting a frame, the main tasks are the inverse Fourier transform to turn the frequency-domain encoded signal into a time-domain signal, and amplification right before the signal hits the antenna so it has reasonable range. On the receive side, the process must be reversed. Immediately after entering the antenna, an amplifier boosts the faint signal received into something substantial enough to work with, and performs a Fourier transform to extract the subcarriers. In an 802.11 interface, these components are linked together and called a *radio chain*. Selecting the components to make up the radio chain is an important task for system designers, especially




*Figure 2-3. 4x4 802.11n interface block diagram*

<u>Source</u>: Gast, Matthew, S., <u>802.11n A Survival Guide</u>, O'Reilly, 2012, pp. 13-14.

107. Defendant knew of the ’439 Patent or should have known of the ’439 Patent, but was willfully blind to its existence. Additionally, Defendant has known of the ’439 Patent since at least when it received a copy of this Complaint.

108. As a result of Defendant’s acts of infringement, Intellectual Ventures has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT IV**

(Defendant’s Infringement of U.S. Patent No. 8,594,122)

109. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

110. The ’122 Patent claims and teaches, *inter alia*, systems and methods for utilizing transmit announcement indications to improve wireless communication system performance by notifying receiving devices about upcoming transmissions. This allows the transmitting device to remove addressing information of the recipient from the subsequent messages, which follow substantially immediately after the notification message. This improves overall throughput while enabling the access points to make more informed decisions about channel access, power saving, beamforming, quality of service, and multi-user multiple-input operations.

111. The inventions improved upon then-existing wireless medium performance enhancing mechanisms by enabling a transmitter to notify a receiver that a subsequent transmission was to be expected but would lack addressing information. By excluding address information in the subsequent transmission(s), the transmitter reduces the transmission overhead and uses the available space for communicating other useful information. The invention further provided that the second communication (i.e., the subsequent transmission) would follow immediately after a short interframe space (“SIFS”), ensuring intervening transmissions from other transmitters, which

could lead to communication errors and performance degradation, can be avoided while the transmitter and receiver exchange the desired information, e.g., channel measurements.

112. Unlike in prior art solutions, the transmit announcement notification systems and methods of the ’122 Patent allowed for more efficient channel sounding and information exchange without increasing the overhead of the wireless medium, thus enabling technologies like beamforming to be performed efficiently and in turn increasing throughput, among other benefits.

113. More specifically, one exemplary embodiment of the invention comprises an improved transmit announcement indication scheme in which a first communication frame from a first station to a second station is sent, which the first communication frame comprises an address of the second station, as well as a transmit announcement indication indicating that a second communication frame intended for the second station will follow the first communication frame. Furthermore, this exemplary embodiment specifies that the second frame, which was to be expected, would not include the address of the second station, which is normally required. Additionally, the second communication is configured to be transmitted following a SIFS, ensuring that control over the channel is maintained while simultaneously reducing overhead and increasing throughput.

114. In other exemplary embodiments of the invention, the first communication frame exchange sequence dictates that the second station transmits a response frame, such as an Acknowledgement or Clear-to-Send frame, to the first station. This exemplary embodiment specifies that instead of sending the response immediately, the response frame is postponed due to the transmission of a second communication frame, which follows a SIFS after the first communication frame. This approach allows the first station to maintain control of the wireless medium while minimizing interference, particularly in MU-MIMO systems. By optimizing

channel access and frame timing, this method enhances beamforming performance and channel state information (CSI) accuracy, leading to improved signal quality and network efficiency.

115. The systems and methods covered by the claims of the ’122 Patent, therefore, differ markedly from prior art systems in use at the time of this invention, which lacked the claimed combination of transmitting a first communication frame from a first station to a second station, wherein the first communication frame comprises an address of the second station and a transmit announcement indication indicating that a second communication frame intended for the second station will follow the first communication frame and that the second communication frame will not include the address of the second station, and where the second communication frame follows after a SIFS after the first communication frame with the transmit announcement indication.

116. Defendant has directly infringed and continues to directly infringe at least Claim 27 of the ’122 Patent by making, using, selling, offering for sale, or importing products and/or services covered by the ’122 Patent. Defendant’s products and/or services that infringe the ’122 Patent include all wireless communication products that support IEEE 802.11ac beamforming, including the transmission or receiving of transmit announcement indications, a.k.a. Very High Throughput (VHT) Sounding Protocol, or any other method or system of using a transmit announcement indication in 802.11ac networks, such that a transmission is sent to an intended recipient which notifies it of a forthcoming address-less transmission, thus reducing overhead and increasing throughput, and that are made, used, sold, or offered for sale by or on behalf of Defendant and/or its subsidiaries or parent companies (together, the “Accused ’122 Products”), including but not limited to, the DIAD 6. On information and belief, the DIAD 6 is a Honeywell-customized mobile computer designed specifically for UPS’s field delivery operations (*see* “DIAD 6 Charge Rack and Wireless Charge Rack Manual, Models CN85-CR and CN85-WCR” at

https://fcc.report/FCC-ID/HD5-CX85WCR/4132594.pdf and "Handheld Bluetooth SOM Honeywell International Inc." at https://device.report/honeywell/cn85). It is built on the Dolphin CN80 platform, with UPS using the CN85 model, leveraging advanced hardware like the Qualcomm Snapdragon 660 processor (*see* https://prod-edam.honeywell.com/content/dam/honeywell-edam/sps/ppr/en-gb/localized/data-sheets/sps-ppr-dolphin-cn80-handheld-computer-data-sheet-en-a4.pdf and https://aurasystem.net/product/honeywell-cn85-handheld-computer/) to meet the demanding needs of logistics environments.

117. Claim 27 of the '122 Patent is reproduced below:

> *27. A method comprising:*
>
> *receiving a first communication frame from a first station at a second station, wherein the first communication frame includes an address of the second station and a transmit announcement indication that indicates that a second communication frame intended for the second station will follow the first communication frame and that the second communication frame will not include the address of the second station; and*
>
> *receiving, at the second station, the second communication frame after a short inter frame space (SIFS) that follows the first communication frame.*

118. The Accused '122 Products each perform a method for receiving from a first station, a first communication frame and a second communication frame that follows a SIFS after the first communication frame. Specifically, the Accused '122 Products support 802.11ac transmit beamforming, which relies on the VHT sounding protocol, which in turn calls for a second station that receives a first communication frame:

# CN80

**Rugged Mobile computer**

**Logistics, warehouse, and field mobility organizations alike are transitioning from devices built on Windows® to devices built on Android™ and from keypad-centric devices to full touchscreens. But many legacy applications have not yet been updated for this new touch-centric world and for many use cases, keys remain essential for data capture.**

Fortunately, there's one ultra-rugged mobile computer that helps bridge the gap. The CN80 mobile computer offers both a large touchscreen and a choice of numeric or QWERTY keypad, allowing users to pick the best input method for their environment today, and also be ready for the touch-centric applications of the future.



android enterprise recommended

*Built on the Honeywell Mobility Edge platform and Android, the ultra-rugged CN80 mobile computer combines touchscreen and keypad data input, real-time connectivity, and advanced data capture for industry-leading investment protection.*

## CN80 Technical Specifications

**SYSTEM ARCHITECTURE**

**Processor:** 2.2 GHz Qualcomm® Snapdragon™ 660 octa-core

**Operating System:** Each Android version guaranteed from 7.1 to at least 11/R, committed support for Android 12 and 13 pending feasibility

**Memory:** 3 GB/4 GB RAM, 32 GB Flash

**Camera:** 13.0-megapixel color camera with autofocus and advanced software features for better image quality

**Audio:** Speaker, T3/M3 HAC-compliant, dual microphone support with noise cancellation. PTT support and Bluetooth® wireless headset support

**WARRANTY**

One-year factory warranty

**ACCESSORIES**

One-bay and four-bay desktop charging/com cradles

Vehicle cradles and holders

Wireless charging vehicle cradle

Snap-on communication/ charging adapters

Removable scan handle, various carrying devices

**MECHANICAL**

**Dimensions (L x W x H):**

**N6603ER Version:** 20.4 cm x 7.8 cm x

**WLAN:** IEEE 802.11 a/b/g/n/ac; Wi-Fi certified 2x2 MIMO support

**Additional WLAN Features:** 802.11 d/e/h/i/k/r/w (mc with Android P)

**WLAN Security:** OPEN, WEP, WPA/WPA2 (Personal and Enterprise)

**Supported EAP:** TLS, PEAP, TTLS, PWD, FAST, LEAP CCX Version 4 certified

**Bluetooth:** Class 1.5 V5.0 Bluetooth and BLE

**Bluetooth Profiles:** HFP, PBAP, A2DP, AVRCP, OPP, SPP, GATT

**NFC:** Integrated Near Field Communication

**Zigbee:** Integrated Zigbee 3.0 radio

https://prod-edam.honeywell.com/content/dam/honeywell-edam/sps/ppr/en-us/public/products/mobile-computers/handheld-computers/cn80/documents/sps-ppr-dolphin-cn80-handheld-computer-data-sheet-en.pdf?download=false

# Honeywell CN85 Handheld Computer

Shop > Honeywell CN85 Handheld Computer




## Honeywell CN85 Handheld Computer

### Specifications

| SYSTEM ARCHITECTURE | |
|---|---|
| Processor: | 2.2 GHz Qualcomm® Snapdragon™ 660 octa-core |
| Operating System: | Each Android version guaranteed from 7.1 to at least 11/R, committed support for Android 12 and 13 pending feasibility |
| Memory: | 3 GB/4 GB RAM, 32 GB Flash |

Enquire Now

| | |
|---|---|
| WLAN: | IEEE 802.11 a/b/g/n/ac; Wi-Fi certified 2×2 MIMO support |
| Additional WLAN Features: | 802.11 d/e/h/i/k/r/w (mc with Android P) |
| WLAN Security: | OPEN, WEP, WPA/WPA2 |
| | (Personal and Enterprise) |
| Supported EAP: | TLS, PEAP, TTLS, PWD,FAST, LEAP CCX Version 4 certified |
| Bluetooth: | Class 1.5 V5.0 Bluetooth and BLE |

https://aurasystem.net/product/honeywell-cn85-handheld-computer/

### 10.34.5 VHT sounding protocol

#### 10.34.5.1 General

Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the *VHT beamformer*, and a STA for which reception is optimized is called a *VHT beamformee*. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix.

#### 10.34.5.2 Rules for VHT sounding protocol sequences

A non-AP VHT beamformee that receives a VHT NDP Announcement frame from a VHT beamformer with which it is associated or has an established DLS or TDLS session and that contains the VHT beamformee's AID in the AID subfield of the first (or only) STA Info field and also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming




Source: IEEE 802.11-2016, pp. 1488, 1490.

119. In the transmission operation supported by the Accused '122 Products, the first communication frame comprises an address of the second station. For example, the very high throughput null data packet ("VHT NDP") Announcement includes a "STA Info" field that includes the AID12 of the recipient, as seen below:

A non-AP VHT beamformee that receives a VHT NDP Announcement frame from a VHT beamformer with which it is associated or has an established DLS or TDLS session and that contains the VHT beamformee's AID in the AID subfield of the first (or only) STA Info field and also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming




Source: IEEE Std 802.11-2016 pp. 1488, 1490.

| | Frame Control | Duration | RA | TA | Sounding Dialog Token | STA Info 1 | … | STA Info *n* | FCS |
|---|---|---|---|---|---|---|---|---|---|
| Octets: | 2 | 2 | 6 | 6 | 1 | 2 | | 2 | 4 |

**Figure 9-49—VHT NDP Announcement frame format**

| | B0 B11 | B12 | B13 B15 |
|---|---|---|---|
| | AID12 | Feedback Type | Nc Index |
| Bits: | 12 | 1 | 3 |

**Figure 9-51—STA Info field**

**Table 9-25—STA Info subfields**

| Field | Description |
|---|---|
| AID12 | Contains the 12 least significant bits of the AID of a STA expected to process the following VHT NDP and prepare the sounding feedback. Equal to 0 if the STA is an AP, mesh STA, or STA that is a member of an IBSS. |

Source: IEEE Std 802.11-2016, pp. 685-86.

#### 9.4.1.8 AID field

In infrastructure BSS operation, the AID field contains a value assigned by an AP or PCP during association. The field represents the 16-bit ID of a STA. In mesh BSS operation, the AID field is a value that represents the 16-bit ID of a neighbor peer mesh STA. An AID value is assigned by a mesh STA that receives and accepts a Mesh Peering Open frame to the transmitter of the Mesh Peering Open frame during the mesh peering establishment process (see 14.3.1). The length of the AID field is 2 octets. The AID field is illustrated in Figure 9-73.

| | Association ID (AID) |
|---|---|
| Octets: | 2 |

**Figure 9-73—AID field**

Source: IEEE Std. 802.11-2016, p. 731.

120. In the transmission operation supported by the Accused '122 Products, the first communication frame comprises a transmit announcement indication indicating that a second communication frame intended for the second station will follow the first communication frame. For example, the 802.11-2016 standard requires that every VHT NDP Announcement frame is followed by a VHT NDP transmission after a SIFS. Each VHT Announcement frame includes the recipient's address information as described above, thus indicating that the second communication is intended for the second station, as seen below:

#### 10.34.5.2 Rules for VHT sounding protocol sequences

A non-AP VHT beamformee that receives a VHT NDP Announcement frame from a VHT beamformer with which it is associated or has an established DLS or TDLS session and that contains the VHT beamformee's AID in the AID subfield of the first (or only) STA Info field and also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming

Source: IEEE Std. 802.11-2016, p. 1488.

#### 9.2.4.1 Frame Control field

##### 9.2.4.1.1 General

The first three subfields of the Frame Control field are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

##### 9.2.4.1.3 Type and Subtype subfields

The Type subfield is 2 bits in length, and the Subtype subfield is 4 bits in length. The Type and Subtype subfields together identify the function of the frame. There are three frame types: control, data, and

**Table 9-1—Valid type and subtype combinations**

| Type value B3 B2 | Type description | Subtype value B7 B6 B5 B4 | Subtype description |
|---|---|---|---|
| 01 | Control | 0101 | VHT NDP Announcement |

Source: IEEE Std. 802.11-2016, pp. 638-39.

### 10.20 Group ID and partial AID in VHT PPDUs

The partial AID is a nonunique STA identifier defined in Table 10-9. The partial AID is carried in the TXVECTOR parameter PARTIAL_AID of a VHT SU PPDU and is limited to 9 bits.

A STA transmitting a VHT SU PPDU carrying one or more group addressed MPDUs or transmitting a VHT NDP intended for multiple recipients shall set the TXVECTOR parameters GROUP_ID to 63 and PARTIAL_AID to 0. The intended recipient of a VHT NDP is defined in 10.34.6.

Source: IEEE Std. 802.11-2016, p. 1373.

#### 10.34.6 Transmission of a VHT NDP

The destination of a VHT NDP is equal to the RA of the immediately preceding VHT NDP Announcement frame.

Source: IEEE Std. 802.11-2016, p. 1493.

**10.34.5.2 Rules for VHT sounding protocol sequences**

If the VHT NDP Announcement frame includes more than one STA Info field, the RA of the VHT NDP Announcement frame shall be set to the broadcast address. If the VHT NDP Announcement frame includes a single STA Info field, the RA of the VHT NDP Announcement frame shall be set to the MAC address of the VHT beamformee.

Source: IEEE Std. 802.11-2016, pp. 1488-89.




Source: IEEE Std. 802.11-2016, p. 1490.

121. In the transmission operation supported by the Accused ’122 Products, the second communication frame will not include the address of the second station. For instance, the VHT NDP frame that follows the VHT NDP Announcement frame does not include the address of the second station:




**Figure 21-28—VHT NDP format**

Source: IEEE Std. 802.11-2016, p. 2580.

**21.3.8.3.3 VHT-SIG-A definition**

The VHT-SIG-A field carries information required to interpret VHT PPDUs. The structure of the VHT-SIG-A field for the first part (VHT-SIG-A1) is shown in Figure 21-18 and for the second part (VHT-SIG-A2) is shown in Figure 21-19.




**Figure 21-18—VHT-SIG-A1 structure**

<u>Source</u>: IEEE Std. 802.11-2016, p. 2543.

**10.20 Group ID and partial AID in VHT PPDUs**

The partial AID is a nonunique STA identifier defined in Table 10-9. The partial AID is carried in the TXVECTOR parameter PARTIAL_AID of a VHT SU PPDU and is limited to 9 bits.

A STA transmitting a VHT SU PPDU carrying one or more group addressed MPDUs or transmitting a VHT NDP intended for multiple recipients shall set the TXVECTOR parameters GROUP_ID to 63 and PARTIAL_AID to 0. The intended recipient of a VHT NDP is defined in 10.34.6.

<u>Source</u>: IEEE Std. 802.11-2016, p. 1373.

122. In the operation supported by the Accused ’122 Products, the second communication frame follows a SIFS after the first communication frame with the transmit announcement indication. For example, the VHT NDP frame is transmitted to the second station after a SIFS following the transmission of the VHT NDP Announcement frame, as seen below:

**10.34.5.2 Rules for VHT sounding protocol sequences**

A VHT NDP shall be transmitted only following a SIFS after a VHT NDP Announcement frame. A VHT NDP Announcement frame shall be followed by a VHT NDP after SIFS.




Source: IEEE Std. 802.11-2016, pp. 1488, 1490.

123. Defendant knew of the '122 Patent or should have known of the '122 Patent, but was willfully blind to its existence. Additionally, Defendant has known of the '122 Patent since at least when it received a copy of this Complaint.

124. As a result of Defendant's acts of infringement, Intellectual Ventures has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT V

(Defendant's Infringement of U.S. Patent No. 11,363,564)

125. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

126. The '564 Patent claims and teaches, *inter alia,* an improved system and method for waking up user equipment (e.g., a mobile terminal) from sleep mode for a network-initiated connection by employing an improved two-stage paging procedure, in which the first and second paging signals are transmitted over separate channels. As described above, the first paging signal contains a paging indicator which indicates that a paging message awaits the mobile terminal. In this improved paging system, the mobile terminal wakes up from sleep mode at specific, timed intervals based on the mobile terminal's user identity to monitor control channels for a paging indicator at the mobile terminal's paging occasion. In response to detecting a paging indicator, the

mobile terminal reads the paging message transmitted over a shared transport channel, thereby establishing a network connection between the mobile terminal and the network.

127. This system and method improved upon conventional paging procedures by separating the transmission of the paging indicator from the larger paging message. In a conventional paging procedure, both the paging indicator and the paging message were transmitted on the same control channel, with the paging message following the paging indicator at a fixed time offset. This method can be inefficient because a low-bandwidth channel may be used for the transmission of the paging message, which can be large in size, and because the time offset delays the transmission of the paging message. The invention specifically improves upon the conventional paging procedure by utilizing a pre-existing shared transport channel, which is optimized for the transmission of large amounts of data, and thus for the transmission of the paging message. As a result, bandwidth utilization and overall system efficiency are significantly improved, allowing the mobile terminal to optimize battery consumption in sleep mode.

128. In some embodiments of the invention, the mobile terminal wakes up at a specific time slot to receive a first paging signal. The mobile terminal determines the time slot when it wakes (i.e., a paging occasion) based on a user equipment identity known to the core network, such as an international mobile subscriber identity. When the mobile terminal detects a paging indicator, it then listens to the channel on which the paging indicator was received for the allocation of a shared channel. The mobile terminal then receives the paging message on the shared channel.

129. Accordingly, the claims of the ’564 Patent recite user equipment (e.g., a mobile terminal), with transmitting circuitry, receiving circuitry, and a processor, configured to determine a paging occasion based on a user identity known to the core network and to monitor control channels (e.g., the SCCH) for a paging identity. In response to detecting the paging identity, the

user equipment is configured to recover a shared channel allocation from the control channel with the detected paging identity. The user equipment is further configured to receive a shared channel based on the shared channel allocation to recover a paging message for the user equipment from the received shared channel.

130. Defendant has directly infringed and continues to directly infringe at least clam 1 of the ’564 Patent by making, using, testing, selling, offering for sale, and/or importing into the United States products and services covered by one or more claims of the ’564 Patent. Defendant’s products and services that infringe the ’564 Patent include all products and/or services that support long-term evolution (LTE) wireless broadband communication, which include but are not limited to the Premier Platinum Label, DIAD 5 mobile device, and DIAD 6 mobile device, as well as any other of Defendant’s products and services, either alone or in combination, that operate in substantially the same manner (together, the “Accused ’564 Products”).

131. On information and belief, the Premier Platinum package label is a mobile device designed specifically for UPS’s “Premier” shipping option for particularly sensitive or critical shipments (such as medical products):


UPS Premier: Priority Shipping for Healthcare Products

Critical healthcare goods can bring patients new hope. But only if they arrive on time and intact. UPS Premier upgrades packages with advanced sensor-based logistics technology that ensures a priority lane in our network with highly specialized shipping, which provides enhanced visibility and control along the way.

132. An example of UPS's Premier Platinum package label is shown below:




133. On information and belief, the circuit board in the Premier Platinum label is similar in appearance to the one in the UPS Premier Gold label (the only difference being that the Platinum label enables cellular communication, whereas the Gold label uses mesh sensor technology):




https://www.reddit.com/r/UPSers/comments/1g6yn62/whoa/

134. The Premier Platinum Package label is equipped with a Trackonomy Systems Multifunctional IoT Platform Sensor, which is a mobile device that is compatible with the LTE-M standard and thus infringes the '564 Patent as set forth below. (https://fcc.report/FCC-ID/2AXA8-FBO-2004/6869557.pdf).

135. Claim 1 of the '564 Patent is reproduced below:

> *1. A user equipment (UE) comprising:*
> *receiving circuitry;*
> *transmitting circuitry; and*
> *a processor, wherein:*

> *the processor configured to determine a paging occasion based on a user identity known to a core network;*
>
> *the processor and the receiving circuitry configured to monitor control channels for a paging identity;*
>
> *the processor configured in response to detecting paging identity from a network node, to recover a shared channel allocation from a control channel from the control channels having the detected paging identity;*
>
> *the processor and the receiving circuitry configured to receive a shared channel based on the shared channel allocation;*
>
> *the processor configured to recover a paging message for the UE from the received shared channel; and*
>
> *the processor and the transmitting circuitry configured to transmit a random access signal to the network node in response to the paging message.*

136. The Accused ’564 Products each comprise a user equipment, because each of these products is a mobile terminal, such as the Premier Platinum Label, that can connect to a 4G LTE or 5G NR network. To provide connectivity with 5G and LTE networks, these devices comply with the applicable portions of the governing standards, including but not limited to:

- 5G; NR; Services provided by the physical layer (3GPP TS 38.202 V15.5.0) (2019-06) (hereinafter, **TS 38.202**);
- 5G; NR; Physical layer procedures for control (3GPP TS 38.213 V15.15.0) (2022-07) (hereinafter, **TS 38.213**);
- 5G; NR; NR and NG-RAN Overall description; Stage-2 (3GPP TS 38.300 V15.19.0) (2025-01) (hereinafter, **TS 38.300**);
- 5G; NR; User Equipment (UE) procedures in Idle mode and in RRC Inactive state (3GPP TS 38.304 V15.7.0) (2020-07) (hereinafter, **TS 38.304**);

- 5G; NR; Medium Access Control (MAC) protocol specification (3GPP TR 38.321 V15.11.0) (2019-09) (hereinafter, **TS 38.321**);
- 5G; NR; Radio Resource Control (RRC); Protocol specification (3GPP TS 38.331 V15.7.0) (2019-09) (hereinafter, **TS 38.331**);
- 5G; System architecture for the 5G System (5GS) (3GPP TS 23.501 V15.13.0) (2022-03) (hereinafter, **TS 23.501**);
- 5G; Non-Access-Stratum (NAS) protocol for 5G System (5GS); Stage 3 (3GPP TS 24.501 V15.7.0) (2022-07) (hereinafter, **TS 24.501**);
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) procedures in idle mode (3GPP TS 36.304 V8.10.0 Release 8) (2011-06) (hereinafter, **TS 36.304**);
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Medium Access Control (MAC) protocol specification (3GPP TS 36.321 V8.12.0 Release 8) (2012-03) (hereinafter, **TS 36.321**);
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Physical layer procedures (3GPP TS 36.213 V8.8.0 Release 8) (2009-09) (hereinafter, **TS 36.213**);
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Multiplexing and channel coding (3GPP TS 36.212 V8.8.0 Release 8) (2009-12) (hereinafter, **TS 36.212**);
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) procedures in idle mode (3GPP TS 36.304 V8.10.0 Release 8) (2011-06) (hereinafter, **TS 36.304**);

- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Physical channels and modulation (3GPP TS 36.211 V8.9.0 Release 8) (2009-12) (hereinafter, **TS 36.211**);
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (3GPP TS 36.331 V8.21.0 Release 8) (2014-06) (hereinafter, **TS 36.331**); and
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (3GPP TS 36.300 V8.12.0 Release 8) (2010-03) (hereinafter, **TS 36.300**).

137. The UPS Premier Platinum package labels also comply with Release 13 of the above referenced standards.

138. Each of the Accused '564 Products are 3GPP 5G NR or 3GPP LTE capable user equipment comprising a processor, a receiving circuitry and a transmitting circuitry configured to receive and respond to a paging message from a network. The Accused '564 Products that support 3GPP 5G NR comprise a transceiver with the functionality of a transmitting circuitry, receiving circuitry and processor. As one example, the Premier Premium package label is a 5G NR and 3GPP LTE capable user equipment, comprising a Model FBO-2004 Multifunctional IoT Platform Sensor provided by Trackonomy Systems, Inc., as described below:

**A. Equipment Overview and Test Configuration**

| | | |
|---|---|---|
| **Product:** | Multifunctional IoT Platform Sensor | |
| **Brand:** | Trackonomy Systems | |
| **EUT Specifications:** | Input Power:<br>3.6 Vdc/ Rechargeable Battery powered | |
| | Type of Modulations: | QPSK, 16QAM, 8PSK, GMSK |
| | Technology: | LTE CAT-M / NB-IOT |
| | Operating Frequency : | Band 2: 1850 MHz ~ 1910 MHz<br>Band 4: 1710 MHz ~ 1755 MHz<br>Band 5: 824 MHz ~ 849 MHz<br>Band 12: 699 MHz ~ 716 MHz<br>Band 13: 777 MHz ~ 787 MHz<br>Band 17: 704 MHz ~ 716 MHz<br>Band 25: 1850 MHz ~ 1915 MHz<br>Band 26 : 814 MHz ~ 849 MHz<br>Band 66: 1710 MHz ~ 1780 MHz |
| | Model: | FBO-2004 |
| | FCC ID: | 2AXA8-FBO-2004 |

https://fcc.report/FCC-ID/2AXA8-FBO-2004/6869557.pdf.

The presence of transmitting and receiving circuitry is reflected in the "operating frequency" table above.

139. In each of the Accused '564 Products, the processor is configured to determine a paging occasion based on a user identity known to a core network. For instance, to save power, the Premier Premium package label uses "discontinuous reception" (described below) that causes it to check for paging on a regular schedule, rather than continuously. This schedule is referred to as the "paging DRX cycle." Within the discontinuing reception ("DRX") cycle, the label checks a paging frame (PF), which is a specific radio frame in which a user equipment might be paged. The paging frame is calculated using the user equipment's international mobile subscriber identity ("IMSI") (or serving temporary mobile subscriber identity ("S-TMSI")) module operation and the DRX cycle. A paging occasion (PO) occurs when a specific subframe within the paging frame, which the user equipment monitors for paging (P-RNTI) receives a signal. Each PF comprises multiple POs determined by the system configuration parameter (parameter nB). Once the PF is known, the PO is one of the subframes within that PF, chosen based on additional modulo

operations with the user equipment's unique identifier (UE_ID). The user equipment calculates the UE_ID from the IMSI or S-TMSI. The relevant portion of the governing standard is shown below:

# 7 Paging

## 7.1 Discontinuous Reception for paging

The UE may use Discontinuous Reception (DRX) in idle mode in order to reduce power consumption. One Paging Occasion (PO) is a subframe where there may be P-RNTI transmitted on PDCCH addressing the paging message. One Paging Frame (PF) is one Radio Frame, which may contain one or multiple Paging Occasion(s). When DRX is used the UE needs only to monitor one PO per DRX cycle.

PF and PO is determined by following formulae using the DRX parameters provided in System Information:

PF is given by following equation:

SFN mod T= (T div N)*(UE_ID mod N)

Index i_s pointing to PO from subframe pattern defined in 7.2 will be derived from following calculation:

i_s = floor(UE_ID/N) mod Ns

- UE_ID: IMSI mod 1024.

IMSI is given as sequence of digits of type Integer (0..9), IMSI shall in the formulae above be interpreted as a decimal integer number, where the first digit given in the sequence represents the highest order digit.

.

Source: TS 36.304, pp. 26, 27.

## 4 Overall architecture




**Figure 4-1: Overall Architecture**

Source: 3Gpp TS.300 V8.10.0 (2010-03), p.15.

140. In each of the Accused '564 Products, the processors and receiving circuitry are configured to monitor control channels for a paging identity. For example, consistent with the

LTE-M standard, the Premier Platinum package label monitors the physical downlink control channel ("PDCCH") for a P-RNTI, as seen below:

3.2 Abbreviations

| | |
|---|---|
| P-RNTI | Paging RNTI |
| PCH | Paging Channel |
| PDCCH | Physical Downlink Control CHannel |
| PDSCH | Physical Downlink Shared CHannel |
| RNTI | Radio Network Temporary Identifier |

5 Physical Layer for E-UTRA

**Physical downlink control channel (PDCCH)**

- Informs the UE about the resource allocation of PCH and DL-SCH, and Hybrid ARQ information related to DL-SCH;

Source: 3GPP TS 36.300 V8.12.0 (2010-04) at pp. 14 and 24.

5.5 PCH reception

When the UE needs to receive PCH, the UE shall:

- if a PCH assignment has been received on the PDCCH for the P-RNTI:
  - attempt to decode the TB on the PCH as indicated by the PDCCH information.

**Table 7.1-2: RNTI usage.**

| RNTI | Usage | Transport Channel | Logical Channel |
|---|---|---|---|
| P-RNTI | Paging and System Information change notification | PCH | PCCH |

Source: 3GPP TS 36.213 V8.8.0 (2010-01) at page 20

141. In each of the Accused '564 Products the processor is further configured to, in response to detecting a paging identity from a network node, recover a shared channel allocation from a control channel from the control channels having the detected paging identity. As an example, the Premier Platinum package label, in response to detecting a P-RNTI on a PDCCH, shall decode the downlink control information ("DCI"), corresponding to the Physical Downlink Shared Channel ("PDSCH"), from the PDCCH having the detected P-RNTI.

## 7.1 UE procedure for receiving the physical downlink shared channel

If a UE is configured by higher layers to decode PDCCH with CRC scrambled by the P-RNTI, the UE shall decode the PDCCH and the corresponding PDSCH according to any of the combinations defined in Table 7.1-2.
The scrambling initialization of PDSCH corresponding to these PDCCHs is by P-RNTI.

**Table 7.1-2: PDCCH and PDSCH configured by P-RNTI**

| DCI format | Search Space | Transmission scheme of PDSCH corresponding to PDCCH |
|---|---|---|
| DCI format 1C | Common | If the number of PBCH antenna ports is one, Single-antenna port, port 0 is used (see subclause 7.1.1), otherwise Transmit diversity (see subclause 7.1.2) |
| DCI format 1A | Common | If the number of PBCH antenna ports is one, Single-antenna port, port 0 is used (see subclause 7.1.1), otherwise Transmit diversity (see subclause 7.1.2) |

<u>Source:</u> 3GPP TS 36.213 V8.8.0 (2009-09) Page 19

## 8.9 Discontinuous Reception

### *8.9.1 Discontinuous Reception and Paging in RRC_IDLE*

When a mobile is in a state of *discontinuous reception* (DRX), the base station only sends it downlink control information on the PDCCH in certain subframes. Between those subframes, the mobile can stop monitoring the PDCCH and can enter a low-power state known as *sleep mode*, so as to maximize its battery life. Discontinuous reception is implemented using two different mechanisms, which support paging in RRC_IDLE and low data rate transmission in RRC_CONNECTED.

In RRC_IDLE state, discontinuous reception is defined using a *DRX cycle* [39, 40], which lies between 32 and 256 frames (0.32 and 2.56 s). The base station specifies a default DRX cycle length in SIB 2, but the mobile can request a different cycle length during an attach request or a tracking area update (Chapters 11 and 14).

As shown in Figure 8.12, the mobile wakes up once every DRX cycle frames, in a *paging frame* whose system frame number depends on the mobile's international mobile subscriber identity. Within that frame, the mobile inspects a subframe known as a *paging occasion*, which also depends on the IMSI. If the mobile finds downlink control information addressed to the P-RNTI at the beginning of the subframe, then it goes on to receive an RRC *Paging* message on the PDSCH in the remainder of the subframe. The network knows the mobile's IMSI, so it can send the control information and the paging message in the correct subframe.

<u>Source</u>: C. Cox, <u>An Introduction to LTE</u>, Wiley, 2012, p. 159




**Figure 8.12** Operation of discontinuous reception and paging in RRC_IDLE

<u>Source</u>: C. Cox, <u>An Introduction to LTE</u>, Wiley, 2012, pp. 197, 198.

## 5.5 PCH reception

When the UE needs to receive PCH, the UE shall:

- if a PCH assignment has been received on the PDCCH for the P-RNTI:
  - attempt to decode the TB on the PCH as indicated by the PDCCH information.

<u>Source:</u> 3GPP TS 36.321 V8.12.0 (2012-03) at p. 27.

### 5.3.3 Downlink control information

#### 5.3.3.1.3 Format 1A

DCI format 1A is used for the compact scheduling of one PDSCH codeword and random access procedure initiated by a PDCCH order.

#### 5.3.3.1.4 Format 1C

DCI format 1C is used for very compact scheduling of one PDSCH codeword.

<u>Source:</u> 3GPP TS 36.212 V8.8.0 (2009-12) at pp. 45, 48.

### 5.3.1 Mapping between transport channels and physical channels

The figures below depict the mapping between transport and physical channels:




Source: 3GPP TS 36.300 V8.12.0 (2010-04) at p. 31.

142. In each of the Accused '564 Products, the processor and receiving circuitry are further configured to receive a shared channel based on the shared channel allocation. For example, the Premier Platinum package label receives a paging channel (PCH) carried on the PDSCH.

### 7.1 UE procedure for receiving the physical downlink shared channel

If a UE is configured by higher layers to decode PDCCH with CRC scrambled by the P-RNTI, the UE shall decode the PDCCH and the corresponding PDSCH according to any of the combinations defined in table 7.1-2. The scrambling initialization of PDSCH corresponding to these PDCCHs is by P-RNTI.

**Table 7.1-2: PDCCH and PDSCH configured by P-RNTI**

| DCI format | Search Space | Transmission scheme of PDSCH corresponding to PDCCH |
|---|---|---|
| DCI format 1C | Common | If the number of PBCH antenna ports is one, Single-antenna port, port 0 is used, otherwise Transmit diversity |
| DCI format 1A | Common | If the number of PBCH antenna ports is one, Single-antenna port, port 0 is used, otherwise Transmit diversity |

Source: 3GPP TS 36.213 V8.8.0 (2009-09) at p. 19

## 5.3 Transport Channels

3. **Paging Channel (PCH)** characterised by:

- support for UE discontinuous reception (DRX) to enable UE power saving (DRX cycle is indicated by the network to the UE);
- requirement to be broadcast in the entire coverage area of the cell;
- mapped to physical resources which can be used dynamically also for traffic/other control channels.

### 5.3.1 Mapping between transport channels and physical channels

The figures below depict the mapping between transport and physical channels:




Source: 3GPP TS 36.300 V8.12.0 (2010-04) at pp. 30 and 31.

143. In each of the Accused '564 Products, the processor is further configured to recover a paging message for the UE from the received shared channel. For example, the Premier Platinum package label recovers a paging message from the PCH.

## 5.5 PCH reception

When the UE needs to receive PCH, the UE shall:

- if a PCH assignment has been received on the PDCCH for the P-RNTI:
  - attempt to decode the TB on the PCH as indicated by the PDCCH information.
- if a TB on the PCH has been successfully decoded:
  - deliver the decoded MAC PDU to upper layers.

### 5.3.2 Paging

#### 5.3.2.1 General




**Figure 5.3.2.1-1: Paging**

#### 5.3.2.3 Reception of the *Paging* message by the UE

Upon receiving the *Paging* message, the UE shall:

1> if in RRC_IDLE, for each of the *PagingRecord*, if any, included in the *Paging* message:

2> if the *ue-Identity* included in the *PagingRecord* matches one of the UE identities allocated by upper layers:

3> forward the *ue-Identity* and the *cn-Domain* to the upper layers;

Source: 3GPP TS 36.331 V8.21.0 (2014-06) Page 30, 31.

144. In each of the Accused ’564 Products, the processor and the transmitting circuitry are further configured to transmit a random access signal to the network node in response to the paging message. For example, the Premier Platinum package label sends data regarding the status of the package in response to receiving a paging message.

## 5.3.2 Paging

### 5.3.2.1 General




**Figure 5.3.2.1-1: Paging**

The purpose of this procedure is to transmit paging information to a UE in RRC_IDLE and/ or to inform UEs in RRC_IDLE and UEs in RRC_CONNECTED about a system information change and/ or about an ETWS primary notification and/ or ETWS secondary notification. The paging information is provided to upper layers, which in response may initiate RRC connection establishment, e.g. to receive an incoming call.

## 5.3.3 RRC connection establishment

### 5.3.3.1 General




Source: 3GPP TS 36.331 V8.21.0 (2014-06), at pp. 30, 31.

## 10.1.5 Random Access Procedure

The random access procedure is performed for the following five events:

- Initial access from RRC_IDLE;
- RRC Connection Re-establishment procedure;
- Handover;
- DL data arrival during RRC_CONNECTED requiring random access procedure;
  - E.g. when UL synchronisation status is "non-synchronised";
- UL data arrival during RRC_CONNECTED requiring random access procedure;

Source: 3GPP TS 36.300 V8.12.0 (2010-03) at p. 52.

**LM:** What are the main benefits of these enhancements for your shipper customers? What do they provide, or offer?

**Wheeler:** The global market for biologic therapeutic drugs is set to increase from $285.5 billion in 2020 to $421.8 billion by 2025. Innovations in biologics, specialty pharmaceuticals, and personalized medicine, like COVID-19 vaccines, are driving significant demand for precision logistics to support more patient-critical, time-and temperature-sensitive products. UPS® Premier allows our UPS Healthcare customers to prioritize their most important healthcare shipments as they move through the UPS network. Using multiple sensor technologies that have been integrated into UPS operations systems, we now offer global healthcare customers the visibility and control needed for their most critical shipments.

UPS Premier Silver offers 24/7 command center monitoring, prioritized handling within the UPS network, and enhanced recovery options for critical shipments. Each package label is embedded with an RFID sensor for enhanced visibility and transparency within the UPS global network.

UPS Premier Gold, the original offering, contains all the features of UPS Premier Silver but adds real-time visibility within 10 feet, enabled by a mesh sensor built into the package labeling. UPS Premier Gold also provides built-in service recovery features within the UPS global network.

Over the past two years, UPS Premier Gold service helped enable the delivery of more than 1.5 billion doses of COVID-19 vaccines around the world with near-perfect on-time delivery.

UPS Premier Platinum launches in the fall. It contains all the features of UPS Premier Gold and Silver using cellular and GPS tracking that can monitor the location within and outside of the UPS network. It also monitors the environment, essential for critical healthcare packages like patient-centric tissue samples, limited-inventory items, biologics, and vaccines that require temperature-controlled environments. In the meantime, UPS Healthcare offers a global GPS tracking device called 'Sentry' which has all of the capabilities of our new Platinum product. These devices are currently in use and are available for specialized shipments anywhere in the world.

https://www.logisticsmgmt.com/article/ups_healthcare_heralds_new_features_for_ups_premier_offerings;
https://www.mmh.com/article/ups_healthcare_heralds_new_features_for_ups_premier_offerings

**How do I track my UPS Premier shipment?**

Tracking a UPS Premier shipment is easy:

1. Log into your UPS account and enter the tracking number on the UPS tracking page.
2. You will be able to see real-time updates on the location and condition of your shipment.
3. Premium users may receive data on environmental conditions depending on the sensor technology included in their shipment (e.g., Platinum offers environmental temperature monitoring).

For urgent tracking assistance, our 24/7 Command Center is also available to provide live monitoring and support.

https://www.ups.com/us/en/healthcare/solutions/ups-premier;

145. Defendant knew of the '564 Patent or should have known of the '564 Patent, but was willfully blind to its existence. Additionally, Defendant has known of the '564 Patent since at least when it received a copy of this Complaint.

146. As a result of Defendant's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and seeks relief from Defendant as follows:

(A) For judgment that Defendant has infringed and continues to infringe the claims of the '715, '176, '439, '122, and '564 Patents;

(B) For a permanent injunction against Defendant and its respective officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert therewith from infringement of the '715, '176, '439, '122, and '564 Patents;

(C) For an accounting of all damages sustained by Plaintiff as a result of Defendant's acts of infringement;

(D) In the event Defendant is not permanently enjoined, for a mandatory future royalty payable on each and every future sale or use by Defendant of a product or service that is found to infringe one or more of the Asserted Patents and on all future products and services which are not colorably different from products and services found to infringe;

(E) For a judgment and order finding that Defendant's infringement is willful and/or egregious and awarding to Plaintiff enhanced damages pursuant to 35 U.S.C. § 284;

(F) For a judgment and order requiring Defendant to pay Plaintiff's damages, costs, expenses, and pre- and post-judgment interest for its infringement of the '715, '176, '439, '122, and '564 Patents as provided under 35 U.S.C. § 284;

(G) For a judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees; and

(H) For such other and further relief in law and in equity as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action for all issues triable by a jury.

Dated: January 15, 2026

Respectfully submitted,

*/s/ Karl Rupp*

Karl Rupp
State Bar No. 24035243
**SOREY & HOOVER, LLP**
100 N. 6TH Street, Ste. 503
Waco, Texas 76701
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Matthew D. Vella
mvella@princelobel.com
Nicholas W. Armington
narmington@princelobel.com
Kevin Gannon
kgannon@princelobel.com
Amanda L'Esperance
alesperance@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Steven R. Daniels
sdaniels@princelobel.com
**PRINCE LOBEL TYE LLP**
500 W. 5th Street, Suite 1205
Austin, TX 78701
Tel: (617) 456-8000

COUNSEL FOR PLAINTIFFS