# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br>*Plaintiffs,*<br>v.<br>UNITED PARCEL SERVICE, INC.,<br>*Defendant,*<br><br>HAND HELD PRODUCTS, INC.,<br>*Intervenor.* | CASE NO. 1:26-CV-100<br>**JURY TRIAL DEMANDED** |

**DECLARATION OF WILLIAM MUNNERLYN IN SUPPORT OF HAND HELD PRODUCTS, INC.'S UNOPPOSED MOTION TO INTERVENE**

I, William S. Munnerlyn, hereby declare and state as follows:

1. I am employed by Honeywell International, Inc. as the Chief IP Counsel, Honeywell Productivity Solutions and Services (PSS), and submit this declaration in support of Hand Held Products, Inc.'s Unopposed Motion to Intervene.

2. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently to such facts under oath.

3. I oversee all intellectual property related matters for Hand Held Products, Inc. ("HHP").

4. HHP is a wholly owned subsidiary of Honeywell International, Inc and is the legal entity responsible for the accused DIAD 5 and DIAD 6 products. HHP has contractual indemnity obligations to certain of its customers, including United Parcel Service, Inc. ("UPS"), for

infringement allegations such as those asserted by Intellectual Ventures I LLC's and Intellectual Ventures II LLC's that concern certain of HHP's products and technology.

5. Due to the indemnity provisions discussed below, in the event any of the asserted claims are finally determined to be valid and infringed based on the use of certain HHP products (and consistent with the indemnity provisions), HHP would be responsible for any such damages asserted against UPS.

6. HHP and United Parcel Service Oasis Supply Corporation, a UPS entity, are parties to a Master Purchase Agreement concerning the manufacture and supply of the accused DIAD 5 products. HHP and United Parcel Service Oasis Supply Corporation are also parties to a Master Purchase Agreement concerning the manufacture and supply of the accused DIAD 6 products. These Agreements each contain indemnification provisions.

7. These indemnification provisions require HHP to hold harmless and defend UPS and UPS subsidiaries from certain claims including the infringement claims at issue in the above-captioned proceeding in connection with certain products, such as the accused DIAD 5 and DIAD 6 products.

8. UPS has elected to pursue its contractual indemnity rights with HHP with respect to this lawsuit. HHP has accepted UPS's tender of defense and requests for indemnity, subject to the term of the applicable Agreements.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection.

Date: 3/30/2026

By: [signature]

William S. Munnerlyn

Chief IP Counsel,
Honeywell PSS