**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>*Defendant,*<br><br><br>HAND HELD PRODUCTS, INC.,<br><br>*Intervenor.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:26-CV-100<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING HHP'S UNOPPOSED MOTION TO INTERVENE**

Before the Court is Movant-Intervenor Hand Held Products, Inc.'s ("HHP") Unopposed Motion to Intervene (the "Motion"). HHP moved to intervene pursuant to Federal Rule of Civil Procedure 24(a), or, in the alternative, pursuant to Rule 24(b). Having considered the Motion, and the relevant authorities, the Court finds that the Motion should be and hereby is GRANTED. Accordingly, HHP is permitted to intervene in this action and is GRANTED LEAVE to file a responsive pleading in intervention within forty-eight (48) hours of entry of this Order.

SO ORDERED.

Dated: ____________________

____________________________
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE